| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____    Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Global Premier Regency Palms Oxnard, LP** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **35-2504588** |
| **4.** | **Debtor's address** | **Principal place of business** **1020 Bismark Way Oxnard, CA 93033** Number, Street, City, State & ZIP Code  **Ventura** County | **Mailing address, if different from principal place of business** **1900 Main Street, Suite 315 Irvine, CA 92614** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** **1020 Bismark Way Oxnard, CA 93033** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.regencypalmsoxnard.com** |
| **6.** | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ■ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **Global Premier Regency Palms Oxnard, LP** _____  Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __6321__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Global Premier Regency Palms Oxnard, LP**                    Case number (*if known*)
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other    **The facility houses a sensitive age demographic of seniors ages 85-103 years old.**

**Where is the property?**    **1020 Bismark Way**
   **Oxnard, CA, 93033-0000**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
■ Yes. Insurance agency    **Slater & Associates Insurance, Inc.**
   Contact name    **Lisa Mault**
   Phone    **503-624-0466**

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Global Premier Regency Palms Oxnard, LP**  Case number (*if known*) _____
    Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million <br> ■ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |

Debtor  **Global Premier Regency Palms Oxnard, LP**    Case number (if known)
Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 16, 2022**
MM / DD / YYYY

X  /s/ C. Hanna
Signature of authorized representative of debtor

**Christine Hanna**
Printed name

Title  **Managing Member of the General Partner**

**18. Signature of attorney**

X  /s/
Signature of attorney for debtor

Date  **August 16, 2022**
MM / DD / YYYY

**Garrick A. Hollander**
Printed name

**Winthrop Golubow Hollander, LLP**
Firm name

**1301 Dove Street, Suite 500
Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone  **949-720-4100**    Email address  **ghollander@wghlawyers.com**

**166316 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Global Premier Regency Palms Oxnard, LP** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                           12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Allied Senior Living Resources<br>Attn: Corporate Officer<br>107 N Relno Rd #145<br>Newbury Park, CA 91320 | (805) 209-8009 | | | | | $3,500.00 |
| Assisted Living Connections<br>Attn: Corporate Officer<br>5412 Mark Ct<br>Agoura Hills, CA 91301 | (818) 357-1123 | | | | | $11,112.77 |
| Bestway Laundry Solutions<br>Attn: Corporate Officer<br>1035 E. Third St.<br>Corona, CA 92879-7476 | 951-734-9430 | | | | | $9,100.56 |
| BrandConnex, LLC<br>Attn: Corporate Officer<br>99 Wood Avenue South Suite 304<br>Iselin, NJ 88300 | 212-916-3689 | | | | | $2,565.00 |
| Caring.com<br>Attn: Corporate Officer<br>PO Box 7689<br>San Francisco, CA 94120 | (855) 909-9192 | | | | | $5,499.50 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

| Debtor | **Global Premier Regency Palms Oxnard, LP** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Coastal Occupational**<br>Attn: Corporate Officer<br>1901 Outlet Center Dr #100<br>Oxnard, CA 93036 | 805-988-3200 | | | | | $3,030.00 |
| **Connie De La Rosa**<br>9452 Telephone Rd 276<br>Ventura, CA 93004 | (805) 200-7756 | | | | | $2,328.00 |
| **Contempo Creations**<br>Attn: Corporate Officer<br>3943 Irvine Blvd , #208<br>Irvine, CA 92602 | (949) 786-2120 | | | | | $2,845.26 |
| **Fully Managed Inc**<br>Attn: Corporate Officer<br>1002 Beaverbrook Road, Unit 2<br>Kanata, ON K2K1L1 CANADA | 613-591-9800 | | | | | $7,438.92 |
| **G5 Search Marketing Inc**<br>Attn: Polly Boothe/Corp Officer<br>P O Box 843274<br>Dallas, TX 75284 | **Polly Boothe**<br><br>541-241-8425 x2174 | | | | | $14,638.20 |
| **Grainger Inc.**<br>Attn: Corporate Officer<br>DEPT 885855025<br>Palatine, IL 60038-0001 | 800-23-73-17-437 | | | | | $4,192.25 |
| **HD Supply Facilities Maintenance**<br>Attn: Corporate Officer<br>PO Box 509058<br>San Diego, CA 92150-9058 | (800) 798-8888 | | | | | $8,976.88 |
| **Jackson Lewis PC**<br>Attn: Corporate Officer<br>PO Box 416019<br>Boston, MA 22410 | (415) 394-9400 | | | | | $17,184.76 |

Debtor **Global Premier Regency Palms Oxnard, LP**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Nursecore Management Services-NY**<br>**Attn: Corp Officer**<br>**DEPT# 41753**<br>**PO BOX 650823**<br>**Dallas, TX 75265** | 805-535-1099 | | | | | $6,616.38 |
| **One on One Sherpa LLC**<br>**Attn: Corporate Officer**<br>**PO Box 749405**<br>**Atlanta, GA 30374-9405** | 314-432-1234 x1007 | | | | | $4,510.37 |
| **PointClickCare Technologies Inc.**<br>**Attn: Corporate Officer**<br>**PO BOX 674802**<br>**Detroit, MI 48267** | (800) 277-5889 | | | | | $9,845.71 |
| **Resident Refund**<br>**Attn: Planck, George Anne**<br>**Attn: Korchinski, Joseph** | | | | | | $2,609.43 |
| **Sea Breeze Landscapes**<br>**Attn: Corporate Officer**<br>**PO Box 4204**<br>**Chatsworth, CA 91313** | (805) 207-3481 | | | | | $5,600.00 |
| **Sysco Ventura, Inc**<br>**Attn: Jessica Lindgren/Corp Officer**<br>**1390 Enclave Parkway**<br>**Houston, TX 77077** | Attn: Jessica Lindgren/Corp Officer<br><br>346-422-3164 | | | | | $21,237.27 |
| **The Home Depot Pro**<br>**Attn: Corporate Officer**<br>**PO Box 404284**<br>**Atlanta, GA 30384-4284** | 904-421-1400 x108329 | | | | | $9,698.72 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re                                                                                    Case No.

**Global Premier Regency Palms Oxnard, LP**

_____ Debtor(s).            /

### CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of __8__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **August 16, 2022**

_____
Signature of Debtor's Attorney or Pro Per Debtor

Allied Senior Living Resources
Attn: Corporate Officer
107 N Relno Rd #145
Newbury Park, CA 91320


Assisted Living Connections
Attn: Corporate Officer
5412 Mark Ct
Agoura Hills, CA 91301


Bestway Laundry Solutions
Attn: Corporate Officer
1035 E. Third St.
Corona, CA 92879-7476


BrandConnex, LLC
Attn: Corporate Officer
99 Wood Avenue South Suite 304
Iselin, NJ 88300


Caring.com
Attn: Corporate Officer
PO Box 7689
San Francisco, CA 94120


Coastal Occupational
Attn: Corporate Officer
1901 Outlet Center Dr #100
Oxnard, CA 93036


Connie De La Rosa
9452 Telephone Rd 276
Ventura, CA 93004


Contempo Creations
Attn: Corporate Officer
3943 Irvine Blvd , #208
Irvine, CA 92602

Fully Managed Inc
Attn: Corporate Officer
1002 Beaverbrook Road, Unit 2
Kanata, ON K2K1L1   CANADA


G5 Search Marketing Inc
Attn: Polly Boothe/Corp Officer
P O Box 843274
Dallas, TX 75284


Grainger Inc.
Attn: Corporate Officer
DEPT 885855025
Palatine, IL 60038-0001


HD Supply Facilities Maintenance
Attn: Corporate Officer
PO Box 509058
San Diego, CA 92150-9058


Jackson Lewis PC
Attn: Corporate Officer
PO Box 416019
Boston, MA 22410


JKO Group, LLC
2549 Eastbluff Dr #720
Newport Beach, CA 92660


JKO Group, LLC
Attn: Steve Fenster
15303 Ventura Bl. #1650
Sherman Oaks, CA 91403


JKO Group, LLC
c/o CAPITOL SERVICES, INC. (Registered Agent)
108 LAKELAND AVE.
Dover, DE 19901

Nursecore Management Services-NY
Attn: Corp Officer
DEPT# 41753
PO BOX 650823
Dallas, TX 75265


One on One Sherpa LLC
Attn: Corporate Officer
PO Box 749405
Atlanta, GA 30374-9405


PointClickCare Technologies Inc.
Attn: Corporate Officer
PO BOX 674802
Detroit, MI 48267


Resident Refund
Attn: Korchinski, Joseph


Resident Refund
Attn: Planck, George Anne


Sea Breeze Landscapes
Attn: Corporate Officer
PO Box 4204
Chatsworth, CA 91313


Sysco Ventura, Inc
Attn: Jessica Lindgren/Corp Officer
1390 Enclave Parkway
Houston, TX 77077


The Home Depot Pro
Attn: Corporate Officer
PO Box 404284
Atlanta, GA 30384-4284

United States Bankruptcy Court

Central District of California

In re: Global Premier Regency Palms Oxnard, LP

Debtor

Case No.

Chapter 11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Christine Hanna, am the Managing Member of the General Partner of Global Premier Regency Palms Oxnard, LP, the Debtor named herein, and that on August 8, 2022, the following resolution was adopted by this partnership:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Christine Hanna, the Managing Member of the General Partner of Global Premier Regency Palms Oxnard, LP, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy on behalf of Global Premier Regency Palms Oxnard, LP; and

Be It Further Resolved, that Christine Hanna, the Managing Member of the General Partner of Global Premier Regency Palms Oxnard, LP, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Debtor, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Debtor in connection with such bankruptcy case; and

Be It Further Resolved, that Christine Hanna, the Managing Member of the General Partner of Global Premier Regency Palms Oxnard, LP; is authorized and directed to employ the law firm of Winthrop Golubow Hollander, LLP to represent the Debtor in such bankruptcy case."

Executed on: August 8, 2022

Signed: _[signature: C Hanna]_

**Global Premier Regency Palms Oxnard, LP a CA limited partnership**
By: Global Premier America #3, LLC
Its: General Partner
By: Christine Hanna, Managing Member