**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)*  **9:22-bk-10626**    Chapter  **11**

☑ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Global Premier Regency Palms Oxnard, LP** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **35-2504588** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1900 Main Street, Suite 315**<br>**Irvine, CA 92614**<br>Number, Street, City, State & ZIP Code | **1900 Main Street, Suite 315**<br>**Irvine, CA 92614**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange**<br>County | **Location of principal assets, if different from principal place of business**<br>**1020 Bismark Way Oxnard, CA 93033**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☑ Partnership (excluding LLP)

☐ Other. Specify:

Debtor    **Global Premier Regency Palms Oxnard, LP**                    Case number (*if known*)  **9:22-bk-10626**
       Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | District _____ | | When _____ | | Case number _____ | |

| Debtor | **Global Premier Regency Palms Oxnard, LP** | Case number (*if known*) | **9:22-bk-10626** |
|---|---|---|---|
| | Name | | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**    *Check all that apply:*

☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13.  Debtor's estimation of available funds**    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Global Premier Regency Palms Oxnard, LP**                    Case number (*if known*)    **9:22-bk-10626**
Name

☐ $50,001 - $100,000        ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor  **Global Premier Regency Palms Oxnard, LP**      Case number *(if known)*  **9:22-bk-10626**
        Name

---

Request for Relief, Declaration, and Signatures

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 2, 2022**
             MM / DD / YYYY

X _____*Channa*_____          **Christine Hanna**
Signature of authorized representative of debtor       Printed name

Title  **Managing Member of the General Partner**

---

**18. Signature of attorney**

X  */s/ Garrick A. Hollander*                    Date  **September 2, 2022**
Signature of attorney for debtor                        MM / DD / YYYY

**Garrick A. Hollander**
Printed name

**Winthrop Golubow Hollander, LLP**
Firm name

**1301 Dove Street, Suite 500**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone  **949-720-4100**      Email address  **ghollander@wghlawyers.com**

**166316 CA**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Global Premier Regency Palms Oxnard, LP**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **9:22-bk-10626**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■  Amended *Schedule*        **Petition, 20 Largest**
- ■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  2, 2022**        X _Christine Hanna_

Signature of individual signing on behalf of debtor

**Christine Hanna**
Printed name

**Managing Member of the General Partner**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Global Premier Regency Palms Oxnard, LP** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | **9:22-bk-10626** |

■ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| StudioSix5 Attn: Corporate Officer 811 Barton Springs Road Suite 800 Austin, TX 78704 | 512-476-6501 | | | | | $177,819.57 |
| St. George Construction Attn: Corporate Officer 7839 Adwen Street Downey, CA 90241 | 562-400-2320 | Contractor | | | | $164,320.12 |
| Global Bancorp c/o Nina Celia Hanna (Registered Ag 1900 Main Street, Suite 315 Irvine, CA 92614 | | Retainer | | | | $50,000.00 |
| Pacific Rim Law Group 7700 Irvine Center Dr, #800 Irvine, CA 92618 | | Legal services | | | | $25,120.00 |
| Art Mex Artistic Iron Attn: Corporate Officer 1247 Mercantile St Suite B Oxnard, CA 93030 | 8053306502 | | | | | $22,660.00 |
| Global Realty & Investment Corp. 1900 Main Street Suite 315 Irvine, CA 92614 | | Loan | | | | $18,500.00 |

Debtor    **Global Premier Regency Palms Oxnard, LP**          Case number *(if known)*    **9:22-bk-10626**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pinnacle Surety Attn: Corporate Officer 151 Kalmus Dr Suite A-201 Costa Mesa, CA 92626** | **714-5465100** | | | | | **$6,900.00** |
| **Cohn Reznick Attn: Kash Hussain 1900 Avenue of the Stars, 28th Floo Los Angeles, CA 90067** | | **Accounting services** | | | | **$5,125.00** |
| **GMEP Engineering Attn: Corporate Officer 3 MacArthur Place Suite 855 Santa Ana, CA 92707** | **9492321919** | **Contractor services** | | | | **$4,005.00** |
| **Wilshire Pacific Capital Advisors, Attn: Eric J. Weissman 8447 Wilshire Blvd., Suite 202 Beverly Hills, CA 90211** | | **Professional services** | | | | **$3,483.33** |
| **GCW Consulting Attn: Corporate Officer 4206 Great Plains Dr NE Salem, OR 97305** | | **Consulting services** | | | | **$3,000.00** |
| JTC USA Holdings Attn: Corporate Officer 50 W. San Francisco St Suite 300 San Jose, CA 95113 | **800-339-1031** | | | | | **$2,640.00** |
| **Hanson Bridgett LLP Attn: Corporate Officer 425 Market Street, 26th Floor San Francisco, CA 94105** | **415-995-5896** | | | | | **$1,360.00** |

Debtor  **Global Premier Regency Palms Oxnard, LP**
　　　　Name

Case number *(if known)*      **9:22-bk-10626**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Direct Supply, Inc. Attn: Corporate Officer 6635 W. Champions Way Milwaukee, WI 53223** | | **Mechanic's Lien** | | **Unknown** | **$40,600,000.00** | **Unknown** |
| **Herc Rentals, Inc. Attn: Corporate Officer 27500 Riverview Center Blvd. Bonita Springs, FL 34134** | | **Mechanic's Lien** | | **Unknown** | **$40,600,000.00** | **Unknown** |
| **Top Tier Painting Attn: Corporate Officer 301 E Wooley Rd Oxnard, CA 93030** | | **Mechanic's Lien** | | **$87,147.25** | **$40,600,000.00** | **Unknown** |

## United States Bankruptcy Court
### Central District of California

In re    Global Premier Regency Palms Oxnard, LP

Debtor(s)

Case No.    9:22-bk-10626

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Global Premier America #3, LLC General Partner c/o Christine Hanna Reg. Agent 1900 Main Street Suite 315 Irvine, CA 92614 | General Partner | 30% | General Partner |
| Limited Partners c/o Global Premier America, LLC dba Global Premier America Regional Center (Subscriber Representative) 1900 Main Street, Suite 315, Irvine, CA 92614 | Limited Partner | 70% | Partnership Unit |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member of the General Partner** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    September  2, 2022

Signature _____
Christine Hanna

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Irvine, California**                          , California.

Date:    **September  2, 2022**

Christine Hanna
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                           Page 1        **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **Global Premier Regency Palms Oxnard, LP**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **9:22-bk-10626**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                      12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................   $   **40,600,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................   $   **352,651.81**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................   $   **40,952,651.81**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................   $   **28,241,218.25**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $   **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$   **4,678,782.02**

4.  Total liabilities ......................................................................................................
   Lines 2 + 3a + 3b                                                                                    $   **32,920,000.27**

**Fill in this information to identify the case:**

Debtor name    **Global Premier Regency Palms Oxnard, LP**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **9:22-bk-10626**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Wells Fargo Bank** | | 5101 | $47.25 |
| 3.2. | **Nano Bank** | | 5656 | $17.06 |

| 4. | **Other cash equivalents** *(Identify all)* |
| --- | --- |

| 5. | **Total of Part 1.** | $64.31 |
| --- | --- | --- |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits** | |
| --- | --- | --- |
| | Description, including name of holder of deposit | |
| 7.1. | **Bestway Equipment Rental - First and Last Month Rent Deposit (Washer & Dryer)** | $2,380.00 |

| Debtor | **Global Premier Regency Palms Oxnard, LP** | Case number *(If known)* **9:22-bk-10626** |
|---|---|---|
| | Name | |

| 7.2. | **Unapplied retainer - Winthrop Golubow Hollander, LLP** | $9,500.00 |
|---|---|---|

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                                   **$11,880.00**

    Add lines 7 through 8. Copy the total to line 81.

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes  Fill in the information below.

11.     **Accounts receivable**

    11a. 90 days old or less:     **340,707.50**   -   **0.00**   = ....   **$340,707.50**
                                  face amount          doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                                   **$340,707.50**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:   Investments**

13. **Does the debtor own any investments?**

    ☐ No.  Go to Part 5.
    ■ Yes  Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.     **Mutual funds or publicly traded stocks not included in Part 1**
        Name of fund or stock:

15.     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
        Name of entity:                          % of ownership

| 15.1. | **Subsidiary - Global Regency Oxnard Senior Care Services, LLC** | **100** % | | **Unknown** |
|---|---|---|---|---|

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
        Describe:

17.     **Total of Part 4.**                                                                               **$0.00**

        Add lines 14 through 16. Copy the total to line 83.

**Part 5:   Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No.  Go to Part 6.
    ☐ Yes  Fill in the information below.

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor **Global Premier Regency Palms Oxnard, LP**
Name

Case number *(If known)* **9:22-bk-10626**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **See attachment to Schedule A/B - Furniture, Furnishing and Fixtures** | Unknown | N/A | Unknown |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    $0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Debtor    **Global Premier Regency Palms Oxnard, LP**                          Case number *(If known)*  **9:22-bk-10626**
Name

| Commerical Lease - Bestway Equipment Rental - Washer & Dryer | Unknown | N/A | Unknown |
|---|---|---|---|

51.    **Total of Part 8.**                                                                                   **$0.00**

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **Regency Palms Oxnard 1020 Bismark Way, Oxnard, CA 93003 - Ventura County** | **Fee simple** | **$0.00** | **Appraisal** | **$40,600,000.00** |

56.    **Total of Part 9.**                                                                                   **$40,600,000.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☑ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

| Debtor | **Global Premier Regency Palms Oxnard, LP** | Case number *(If known)* | **9:22-bk-10626** |
|---|---|---|---|
| | Name | | |

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Global Premier Regency Palms Oxnard, LP**                    Case number *(If known)*  **9:22-bk-10626**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $64.31 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $11,880.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $340,707.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $40,600,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $352,651.81 | + 91b. $40,600,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $40,952,651.81 |

**Fill in this information to identify the case:**

Debtor name    **Global Premier Regency Palms Oxnard, LP**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **9:22-bk-10626**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Direct Supply, Inc.**<br>Creditor's Name<br>**Attn: Corporate Officer**<br>**6635 W. Champions Way**<br>**Milwaukee, WI 53223**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**1020 Bismark Way, Oxnard, CA 93003** | **Unknown** | **$40,600,000.00** |
| | Describe the lien<br>**Mechanic's Lien 20201130002044570**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**11/30/2020**<br>Last 4 digits of account number | | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>   **JKO Group, LLC**<br>   **Top Tier Painting**<br>   **Direct Supply, Inc.**<br>   **Herc Rentals, Inc.** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>*\* No meaning to the order of creditors listed here shall be inferred as no analysis of priority has been performed.* | | |
| **2.2** **Herc Rentals, Inc.**<br>Creditor's Name<br>**Attn: Corporate Officer**<br>**27500 Riverview Center Blvd.**<br>**Bonita Springs, FL 34134**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**1020 Bismark Way, Oxnard, CA 93003** | **Unknown** | **$40,600,000.00** |
| | Describe the lien<br>**Mechanic's Lien 20200615000837370**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**06/15/2020** | | | |

| Debtor | **Global Premier Regency Palms Oxnard, LP** | Case number (if known) | **9:22-bk-10626** |
|---|---|---|---|
| | Name | | |

Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.3 | **JKO Group, LLC** | **Describe debtor's property that is subject to a lien** | $28,154,071.00 | $40,600,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Real property and all personal property, except for equity interests in investments** | | |
| | **Attn: Corporate Officer** | | | |
| | **15303 Ventura Blvd., Suite 1650** | | | |
| | **Sherman Oaks, CA 91403** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Deed of Trust and UCC 1** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.4 | **Top Tier Painting** | **Describe debtor's property that is subject to a lien** | $87,147.25 | $40,600,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **1020 Bismark Way, Oxnard, CA 93003** | | |
| | **Attn: Corporate Officer** | | | |
| | **301 E Wooley Rd** | | | |
| | **Oxnard, CA 93030** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Mechanic's Lien 20210203000219730** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **02/03/2021** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $28,241,218.25 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

| Debtor | **Global Premier Regency Palms Oxnard, LP** | Case number (if known) | **9:22-bk-10626** |
|---|---|---|---|
| | Name | | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Direct Supply, Inc.**<br>**c/o CSC Lawyers Incorp. Svs.**<br>**2710 Gateway Oaks Drive, Suite 150N**<br>**Sacramento, CA 95833** | Line **2.1** | |
| **Herc Rentals, Inc.**<br>**c/o C T Corporation System (Registe**<br>**330 N. Brand Blvd. Ste 700**<br>**Glendale, CA 91203** | Line **2.2** | |
| **JKO Group LLC**<br>**Attn: Steve Fenster**<br>**15303 Ventura Blvd #1650**<br>**Sherman Oaks, CA 91403** | Line **2.3** | |
| **JKO Group, LLC**<br>**c/o Capital Services, Inc.**<br>**Registered Agent**<br>**108 Lakeland Ave.**<br>**Dover, DE 19901** | Line **2.3** | |
| **Nano Banc**<br>**Attn: Aman Haseeb**<br>**7755 Irvine Center Drive, #300**<br>**Irvine, CA 92618** | Line **2.3** | **5656** |
| **Top Tier Painting, Inc.**<br>**c/o Jorge Antonio Galarza (Register**<br>**2051 Via Veneto**<br>**Camarillo, CA 93010** | Line **2.4** | |

**Fill in this information to identify the case:**

Debtor name  **Global Premier Regency Palms Oxnard, LP**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **9:22-bk-10626**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**  **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Art Mex Artistic Iron**<br>**Attn: Corporate Officer**<br>**1247 Mercantile St Suite B**<br>**Oxnard, CA 93030**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Contractor__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$22,660.00** |
|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Assisted Living Connections**<br>**Attn Corporate Officer**<br>**Glenn Podell / Kelila Heller**<br>**5412 Mark Ct.**<br>**Agoura Hills, CA 91301**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  __Placement/Referral Service__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**CDF Labor Law LLP**<br>**18300 Von Karman Ave Suite 800**<br>**Irvine, CA 92612**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Legal services__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Christine Hanna**<br>**1900 Main Street Suite 315**<br>**Irvine, CA 92614**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Expense reimbursement__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$20,502.00** |

| Debtor | **Global Premier Regency Palms Oxnard, LP** | Case number (if known) | **9:22-bk-10626** |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,212.00** |
|---|---|---|---|

**Christine Hanna**
**1900 Main Street Suite 315**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/11/2022

Basis for the claim:  **Loan**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,125.00** |
|---|---|---|---|

**Cohn Reznick**
**Attn: Kash Hussain**
**1900 Avenue of the Stars, 28th Floo**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Accounting services**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**GCW Consulting**
**Attn: Corporate Officer**
**4206 Great Plains Dr NE**
**Salem, OR 97305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Consulting services**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Global Bancorp**
**c/o Nina Celia Hanna (Registered Ag**
**1900 Main Street, Suite 315**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/16/2022

Basis for the claim:  **Loan**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$473,500.00** |
|---|---|---|---|

**Global Premier America, LLC**
**c/o Christine Hanna Reg Agent**
**1900 Main Street, Suite 315**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/23/2021

Basis for the claim:  **Loan**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,048,709.00** |
|---|---|---|---|

**Global Premier America, LLC**
**Christine Hanna - Reg Agent**
**1900 Main Street, Suite 315**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Loan**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,496,796.00** |
|---|---|---|---|

**Global Premier Development, Inc.**
**c/o Registered Agents Inc.**
**Registered Agent**
**1401 21st Street, Suite R**
**Sacramento, CA 95811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2020 - 12/2022

Basis for the claim:  **Loan**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Global Premier Regency Palms Oxnard, LP** | Case number (if known) | **9:22-bk-10626** |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,630.00** |
|---|---|---|---|

**Global Premier Development, Inc.**
**c/o Registered Agents Inc.**
**Registered Agent**
**1401 21st Sreet, Suite R**
**Sacramento, CA 95811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,500.00** |
|---|---|---|---|

**Global Realty & Investment Corp.**
**1900 Main Street Suite 315**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/11/2019**

**Basis for the claim:  Loan**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,005.00** |
|---|---|---|---|

**GMEP Engineering**
**Attn: Corporate Officer**
**3 MacArthur Place Suite 855**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Contractor services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,360.00** |
|---|---|---|---|

**Hanson Bridgett LLP**
**Attn: Corporate Officer**
**425 Market Street, 26th Floor**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Legal services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,640.00** |
|---|---|---|---|

**JTC USA Holdings**
**Attn: Corporate Officer**
**50 W. San Francisco St Suite 300**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Limited Partner Funds Administrator**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,300.00** |
|---|---|---|---|

**Magdy Hanna**
**1900 Main Street, Suite 315**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87,200.00** |
|---|---|---|---|

**National Affordable Communities Inc**
**Attn: Christine Hanna**
**1900 Main Street, Suite 315**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2020**

**Basis for the claim:  Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Global Premier Regency Palms Oxnard, LP | Case number (if known) | 9:22-bk-10626 |
|---|---|---|---|
| | Name | | |

---

**3.19**

**Nonpriority creditor's name and mailing address**

**Pacific Rim Law Group**
**7700 Irvine Center Dr, #800**
**Irvine, CA 92618**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,120.00**

---

**3.20**

**Nonpriority creditor's name and mailing address**

**Pinnacle Surety**
**Attn: Corporate Officer**
**151 Kalmus Dr Suite A-201**
**Costa Mesa, CA 92626**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bond from Construction**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,900.00**

---

**3.21**

**Nonpriority creditor's name and mailing address**

**St. George Construction**
**Attn: Corporate Officer**
**7839 Adwen Street**
**Downey, CA 90241**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contractor services**

Is the claim subject to offset? ■ No  ☐ Yes

**$164,320.12**

---

**3.22**

**Nonpriority creditor's name and mailing address**

**StudioSix5**
**Attn: Corporate Officer**
**811 Barton Springs Road Suite 800**
**Austin, TX 78704**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interior Design - Construction services**

Is the claim subject to offset? ■ No  ☐ Yes

**$177,819.57**

---

**3.23**

**Nonpriority creditor's name and mailing address**

**W.W. Grainger, Inc.**
**Attn: Kimberly Fara, Sp. Coll Assoc**
**401 South Wright Road**
**Janesville, WI 53546**

Date(s) debt was incurred  12/2/2021-6/27/22

Last 4 digits of account number  9839

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Goods sold**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.24**

**Nonpriority creditor's name and mailing address**

**Wilshire Pacific Capital Advisors,**
**Attn: Eric J. Weissman**
**8447 Wilshire Blvd., Suite 202**
**Beverly Hills, CA 90211**

Date(s) debt was incurred  8/8/2022 - 8/15/22

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional services**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,483.33**

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Debtor | **Global Premier Regency Palms Oxnard, LP** | | Case number (if known) | **9:22-bk-10626** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Cohn Reznick**<br>**Attn: Kash Hussain**<br>**21600 Oxnard Street, Suite 700**<br>**Woodland Hills, CA 91367** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Michael Best & Friedrich LLP**<br>**Attn: Stephen A. Aguilar, Esq.**<br>**620 Congress Ave, Suie 200**<br>**Austin, TX 78701** | Line **3.22**<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 4,678,782.02 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 4,678,782.02 |

**Fill in this information to identify the case:**

Debtor name      **Global Premier Regency Palms Oxnard, LP**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **9:22-bk-10626**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**    State what the contract or lease is for and the nature of the debtor's interest    **Equipment Rental Agreement** | |
| State the term remaining    **16 Months** | **Bestway Laundry Solutions**<br>**1035 East Third Street**<br>**Corona, CA 92879-7476** |
| List the contract number of any government contract | |
| **2.2.**    State what the contract or lease is for and the nature of the debtor's interest    **Lessor - Commercial Triple Net (NNN) Lease Agreement (June 2020 - June 2025)** | |
| State the term remaining    **2+yrs** | **Global Regency Oxnard Senior Care Services, LLC**<br>**1900 Main Street, Suite 315**<br>**Irvine, CA 92614** |
| List the contract number of any government contract | |
| **2.3.**    State what the contract or lease is for and the nature of the debtor's interest    **Management Agreement between Global Regency Oxnard Senior Care Services, LLC ("Licensee"), Global Premier Regency Palms Oxnard, LP ("Landlord/Owner") and Meridian Senior Living, LLC ("Management Agent").** | |
| State the term remaining    **53 Months** | **Meridian Senior Living, LLC**<br>**Attn: Robert Sweet, EVP**<br>**1300 Spring Street, Suite 205**<br>**Annapolis, MD 21401** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name      **Global Premier Regency Palms Oxnard, LP**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **9:22-bk-10626**

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Andrew Hanna** | **1900 Main Street, Suite 315 Irvine, CA 92614** | **JKO Group, LLC** | ■ D  **2.3** ☐ E/F _____ ☐ G _____ |
| 2.2 **Global Premier America LLC** | **c/o Christine Hanna (Registered Age 1900 Main Street, Suite 315 Irvine, CA 92614** | **JKO Group, LLC** | ■ D  **2.3** ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **Global Premier Regency Palms Oxnard, LP**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)     **9:22-bk-10626**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**     Income

1.  **Gross revenue from business**     **\* Based on accrued revenue**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    | --- | --- | --- |
    | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $342,549.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    | --- | --- | --- |

**Part 2:**     List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
    | --- | --- | --- | --- |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

    | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
    | --- | --- | --- | --- |

5.  **Repossessions, foreclosures, and returns**

| Debtor | **Global Premier Regency Palms Oxnard, LP** | Case number *(if known)* **9:22-bk-10626** |
|---|---|---|

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Global Premier Regency Palms Oxnard, LP vs. Nano Banc, JKO Group, LLC, and Fidelity National Title Company**<br>30-2022-01258382-CU-BC-CJC | **Breach of Contract/Warranty** | **Superior Court of CA County of Orange 700 W Civic Center Dr. Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

Debtor    **Global Premier Regency Palms Oxnard, LP**                              Case number *(if known)*  **9:22-bk-10626**

---

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Winthrop Golubow Hollander, LLP**<br>**1301 Dove Street**<br>**Suite 500**<br>**Newport Beach, CA 92660** | | **08/16/2022** | **$50,000.00** |
| | Email or website address<br>**www.wghlawyers.com** | | | |
| | Who made the payment, if not debtor?<br>**Global Bancorp DBA New Rate Lending** | | | |
| 11.2. | **Winthrop Golubow Hollander, LLP**<br>**1301 Dove Street**<br>**Suite 500**<br>**Newport Beach, CA 92660** | | **05/10/2022** | **$14,503.50** |
| | Email or website address<br>**www.wghlawyers.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**  **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

Debtor    **Global Premier Regency Palms Oxnard, LP**    Case number *(if known)* **9:22-bk-10626**

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2010 Main Street, Suite 1250 Irvine, CA 92614** | **2007-2022** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

�–ꞏ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | **Global Premier Regency Palms Oxnard, LP** | Case number *(if known)* **9:22-bk-10626** |
|---|---|---|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

Debtor    **Global Premier Regency Palms Oxnard, LP**                    Case number *(if known)*  **9:22-bk-10626**

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1.  **Global Regency Oxnard Senior Care Services, LLC 1900 Main Street, Suite 315 Irvine, CA 92614** | **Nursing facility** | EIN:  **46-5690928** |
| | | From-To  **May 6, 2014 - Present** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Scott Oaks 1900 Main Street Suite 315 Irvine, CA 92614** | **April 7, 2014 - Present** |
| 26a.2.  **Dora Vega 1900 Main Street Suite 315 Irvine, CA 92614** | **April 7, 2014 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Cohn Reznick Attn: Kash Hussain 1900 Avenue of the Stars, 28th Floor Los Angeles, CA 90067** | **(Partially began but never finalized)** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Scott Oaks 1900 Main Street Suite 315 Irvine, CA 92614** | |
| 26c.2.  **Dora Vega 1900 Main Street Suite 315 Irvine, CA 92614** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Nano Banc Attn: Aman Haseeb 7755 Irvine Center Drive, #300 Irvine, CA 92618** |

27. **Inventories**

| Debtor | **Global Premier Regency Palms Oxnard, LP** | Case number *(if known)* **9:22-bk-10626** |
|---|---|---|

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Christine Hanna** | **1900 Main Street, Suite 315 Irvine, CA 92614** | **Managing Member of General Partner** | **15** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Andrew Hanna** | **1900 Main Street, Suite 315 Irvine, CA 92614** | **Managing Member of General Partner** | **15** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Global Premier America #3, LLC** | **1900 Main Street, Suite 315 Irvine, CA 92614** | **General Partner** | **30** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September  2, 2022

Signature of individual signing on behalf of the debtor        Christine Hanna
                                                                Printed name

Position or relationship to debtor    **Managing Member of the General Partner**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page 8

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re __Global Premier Regency Palms Oxnard, LP__  Case No. __9:22-bk-10626__

Debtor(s)  Chapter __11__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .......................................... $ __64,503.50__

   Prior to the filing of this statement I have received ........................... $ __64,503.50__

   Balance Due ......................................................................................... $ __0.00__

2. $ __1,725.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:  *__Global Premier Regency and Global Bancorp DBA New Rate Lending__*

   ☑ Debtor  ☒ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor  ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
   **See application to employ Winthrop Golubow Hollander, LLP on file with the Court for services to be rendered.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__September  2, 2022__
*Date*

/s/ Garrick A. Hollander

**Garrick A. Hollander**
*Signature of Attorney*
**Winthrop Golubow Hollander, LLP**
**1301 Dove Street, Suite 500**
**Newport Beach, CA 92660**
**949-720-4100  Fax: 949-720-4111**
**ghollander@wghlawyers.com**
*Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| GARRICK A. HOLLANDER – State Bar No. 166316<br>ghollander@wghlawyers.com<br>MATTHEW J. STOCKL – State Bar No. 329366<br>mstockl@wghlawyers.com<br>WINTHROP GOLUBOW HOLLANDER, LLP<br>1301 Dove Street, Suite 500<br>Newport Beach, CA 92660<br>Telephone: (949) 720-4100<br>Facsimile: (949) 720-4111<br><br>[Proposed] General Insolvency Counsel for<br>Debtor and Debtor-in-Possession<br><br>☒ *Attorney for:* Global Premier Regency Palms Oxnard | |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

| In re:<br><br>GLOBAL PREMIER REGENCY PALMS OXNARD, LP,<br>a California limited partnership,<br><br>Debtor(s). | CASE NO.: 9:22-bk-10626<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11 |
|---|---|
| <br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Garrick A. Hollander_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.   I have personal knowledge of the matters set forth in this Statement because:

☐   I am the president or other officer or an authorized agent of the Debtor corporation

☐   I am a party to an adversary proceeding

☐   I am a party to a contested matter

☒   I am the attorney for the Debtor corporation

2.a.   ☒   The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Global Premier America #3, LLC owns 30% of the Debtor

Global Premier America, LLC owns 100% of Global Premier America #3, LLC

Christine Hanna and Andrew Hanna each own 50% each of Global Premier America, LLC

[For additional names, attach an addendum to this form.]

b.   ☐   There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  09/02/2022

By:  /s/ Garrick A. Hollander
      Signature of Debtor, or attorney for Debtor

Name:  Garrick A. Hollander
        Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2              **F 1007-4.CORP.OWNERSHIP.STMT**

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**Garrick A. Hollander**
**1301 Dove Street, Suite 500**
**Newport Beach, CA 92660**
**949-720-4100 Fax: 949-720-4111**
California State Bar Number: **166316 CA**
ghollander@wghlawyers.com

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Global Premier Regency Palms Oxnard, LP**

CASE NO.: **9:22-bk-10626**
CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __7__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **September  2, 2022**

*Channa*
Signature of Debtor 1

Date:  _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **September  2, 2022**

*/s/ Garrick A. Hollander*
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                              **F 1007-1.MAILING.LIST.VERIFICATION**

Global Premier Regency Palms Oxnard, LP
1900 Main Street, Suite 315
Irvine, CA 92614


Garrick A. Hollander
Winthrop Golubow Hollander, LLP
1301 Dove Street, Suite 500
Newport Beach, CA 92660


Andrew Hanna
1900 Main Street, Suite 315
Irvine, CA 92614


Art Mex Artistic Iron
Attn: Corporate Officer
1247 Mercantile St Suite B
Oxnard, CA 93030


Assisted Living Connections
Attn Corporate Officer
Glenn Podell / Kelila Heller
5412 Mark Ct.
Agoura Hills, CA 91301


Bestway Laundry Solutions
1035 East Third Street
Corona, CA 92879-7476


CDF Labor Law LLP
18300 Von Karman Ave Suite 800
Irvine, CA 92612


Christine Hanna
1900 Main Street Suite 315
Irvine, CA 92614

Cohn Reznick
Attn: Kash Hussain
1900 Avenue of the Stars, 28th Floo
Los Angeles, CA 90067


Cohn Reznick
Attn: Kash Hussain
21600 Oxnard Street, Suite 700
Woodland Hills, CA 91367


Direct Supply, Inc.
Attn: Corporate Officer
6635 W. Champions Way
Milwaukee, WI 53223


Direct Supply, Inc.
c/o CSC Lawyers Incorp. Svs.
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833


Employment Dev. Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


GCW Consulting
Attn: Corporate Officer
4206 Great Plains Dr NE
Salem, OR 97305


Global Bancorp
c/o Nina Celia Hanna (Registered Ag
1900 Main Street, Suite 315
Irvine, CA 92614

Global Premier America LLC
c/o Christine Hanna (Registered Age
1900 Main Street, Suite 315
Irvine, CA 92614


Global Premier America, LLC
c/o Christine Hanna Reg Agent
1900 Main Street, Suite 315
Irvine, CA 92614


Global Premier America, LLC
Christine Hanna - Reg Agent
1900 Main Street, Suite 315
Irvine, CA 92614


Global Premier Development, Inc.
c/o Registered Agents Inc.
Registered Agent
1401 21st Sreet, Suite R
Sacramento, CA 95811


Global Realty & Investment Corp.
1900 Main Street Suite 315
Irvine, CA 92614


Global Regency Oxnard Senior
Care Services, LLC
1900 Main Street, Suite 315
Irvine, CA 92614


GMEP Engineering
Attn: Corporate Officer
3 MacArthur Place Suite 855
Santa Ana, CA 92707


Hanson Bridgett LLP
Attn: Corporate Officer
425 Market Street, 26th Floor
San Francisco, CA 94105

Herc Rentals, Inc.
Attn: Corporate Officer
27500 Riverview Center Blvd.
Bonita Springs, FL 34134


Herc Rentals, Inc.
c/o C T Corporation System (Registe
330 N. Brand Blvd. Ste 700
Glendale, CA 91203


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


JKO Group LLC
Attn: Steve Fenster
15303 Ventura Blvd #1650
Sherman Oaks, CA 91403


JKO Group, LLC
Attn: Corporate Officer
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403


JKO Group, LLC
c/o Capital Services, Inc.
Registered Agent
108 Lakeland Ave.
Dover, DE 19901


JTC USA Holdings
Attn: Corporate Officer
50 W. San Francisco St Suite 300
San Jose, CA 95113


Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

Magdy Hanna
1900 Main Street, Suite 315
Irvine, CA 92614


Meridian Senior Living, LLC
Attn: Robert Sweet, EVP
1300 Spring Street, Suite 205
Annapolis, MD 21401


Michael Best & Friedrich LLP
Attn: Stephen A. Aguilar, Esq.
620 Congress Ave, Suie 200
Austin, TX 78701


Nano Banc
Attn: Aman Haseeb
7755 Irvine Center Drive, #300
Irvine, CA 92618


National Affordable Communities Inc
Attn: Christine Hanna
1900 Main Street, Suite 315
Irvine, CA 92614


Pacific Rim Law Group
7700 Irvine Center Dr, #800
Irvine, CA 92618


Pinnacle Surety
Attn: Corporate Officer
151 Kalmus Dr Suite A-201
Costa Mesa, CA 92626


St. George Construction
Attn: Corporate Officer
7839 Adwen Street
Downey, CA 90241

State Board of Equalization
Sp. Operations, Bkcy Team, MIC: 74
PO Box 942879
Sacramento, CA 94279-0074


State Board of Equalization
Acct. Information Group, MIC: 29
PO Box 942879
Sacramento, CA 94279-0029


StudioSix5
Attn: Corporate Officer
811 Barton Springs Road Suite 800
Austin, TX 78704


Top Tier Painting
Attn: Corporate Officer
301 E Wooley Rd
Oxnard, CA 93030


Top Tier Painting, Inc.
c/o Jorge Antonio Galarza (Register
2051 Via Veneto
Camarillo, CA 93010


United States Trustee (LA)
915 Wilshire Blvd., #1850
Los Angeles, CA 90017


Ventura County Treasurer-Tax Coll.
800 S. Victoria Ave.
Ventura, CA 93009


W.W. Grainger, Inc.
Attn: Kimberly Fara, Sp. Coll Assoc
401 South Wright Road
Janesville, WI 53546

```
Wilshire Pacific Capital Advisors,
Attn: Eric J. Weissman
8447 Wilshire Blvd., Suite 202
Beverly Hills, CA 90211
```

# Part 7: #38 - Office furniture, fixtures, and equipment; and collectibles
# Exhibit - Schedule A/B
# Furniture, Furnishing, Fixtures & Equipment

**Furnishings List**
**Project Name:  Regency Palms Oxnard**
**Project Location:  1020 Bismark Way Oxnard, CA**
**Project Number:  250RPO**

Install Date: ~~11/15/2019~~
1/15/2020

Date: ~~9/11/2019~~
10/31/2019

**Discovery Room and Office, Calm Room**

SIDEMARKS:

STUDIO S5

Appendix "F"

| AREA | FLOOR | ROOM # | ROOM NAME | sS5 CATEGORY | ITEM | QTY | COST | COST EXT. |
|------|-------|--------|-----------|--------------|------|-----|------|-----------|
| B | 1 | 113 | Discovery Room | Furniture | Dining Table - 42" Square | 1 | $1,450.00 | $1,450.00 |
| B | 1 | 113 | Discovery Room | Furniture | Dining Chair- Fully Upholstered | 4 | $525.00 | $2,100.00 |
| B | 1 | 113 | Discovery Room | Furniture | Console - Storage | 1 | $1,200.00 | $1,200.00 |
| A | 1 | 171 | Calm Room | Furniture | Lounge Chair Small w/ Removable Seat Deck | 2 | $900.00 | $1,800.00 |
| | | | | | | | Total: | $6,550.00 |

1 of 1

**Furnishings List**
Project Name: Regency Palms Oxnard
Project Location: 1020 Bismark Way Oxnard, CA
Project Number: 250

STUDIO SIX 5

Install Date: To Be Confirmed

Date:
12/06/18
~~12/04/18~~
~~10/12/18~~
09/26/2018
~~2/21/2018~~
~~1/15/2018~~

Appendix "F"

SIDEMARKS:

| AREA | FLOOR | ROOM # | ROOM NAME | sS5 CATEGORY | ITEM | QTY | COST | COST EXT. |
|------|-------|--------|-----------|--------------|------|-----|------|-----------|
| A | 1 | 164 | MC Multi-Purpose / Living Room | Furniture | Sofa - 3 Seat Sofa w/ Removable Seat Cushion | 3 | $1,500.00 | $4,500.00 |
| A | 1 | 164 | MC Multi-Purpose / Living Room | Accessories | Decorative Pillows | 6 | $150.00 | $900.00 |
| A | 1 | 164 | MC Multi-Purpose / Living Room | Furniture | Coffee Table | 1 | $550.00 | $550.00 |
| A | 1 | 164 | MC Multi-Purpose / Living Room | Furniture | Lounge Chair Large w/ Removable Seat Deck | 8 | $900.00 | $7,200.00 |
| A | 1 | 164 | MC Multi-Purpose / Living Room | Furniture | Lounge Chair Small w/ Removable Seat Deck | 2 | $900.00 | $1,800.00 |
| A | 1 | 164 | MC Multi-Purpose / Living Room | Furniture | Side Table | 9 | $450.00 | $4,050.00 |
| A | 1 | 164 | MC Multi-Purpose / Living Room | Furniture | Dining Table - 36" Sq. (Fliptop) | 1 | $475.00 | $475.00 |
| A | 1 | 164 | MC Multi-Purpose / Living Room | Furniture | Dining Chair | 2 | $475.00 | $950.00 |
| A | 1 | 164 | MC Multi-Purpose / Living Room | Furniture | Console - Entertainment | 1 | $1,500.00 | $1,500.00 |
| A | 1 | 164 | MC Multi-Purpose / Living Room | Furniture | Sofa Table | 1 | $750.00 | $750.00 |
| A | 1 | 164 | MC Multi-Purpose / Living Room | Artwork | Artwork - Medium Impact | 6 | $450.00 | $2,700.00 |
| A | 1 | 164 | MC Multi-Purpose / Living Room | Accessories | Table Lamp | 4 | $250.00 | $1,000.00 |
| A | 1 | 164 | MC Multi-Purpose / Living Room | Accessories | Accessories | 1 | $1,000.00 | $1,000.00 |
| A | 1 | 164 | MC Multi-Purpose / Living Room | Window Treatments | Operable Sheers | 2 | $800.00 | $1,600.00 |
| A | 1 | 164a | MC Multi-Purpose / Living Room | Furniture | Lounge Chair w/ Removable Seat Deck | 4 | $900.00 | $3,600.00 |
| A | 1 | 164a | MC Multi-Purpose / Living Room | Furniture | Side Table | 2 | $450.00 | $900.00 |
| A | 1 | 164a | MC Multi-Purpose / Side Living Room | Window Treatments | Window Bench Cushion - LF | 14 | $80.00 | $1,120.00 |
| A | 1 | 164a | MC Multi-Purpose / Side Living Room | Window Treatments | Decorative Pillows | 8 | $150.00 | $1,200.00 |
| A | 1 | 164a | Restroom | Artwork | Decorative Mirror | 1 | $200.00 | $200.00 |
| A | 1 | 196 | Corridor | Artwork | Artwork - Corridors | 9 | $250.00 | $2,250.00 |
| A | 1 | 195 | Corridor | Artwork | Artwork - Corridors | 6 | $250.00 | $1,500.00 |
| A | 1 | 192 | Corridor | Artwork | Artwork - Corridors | 7 | $250.00 | $1,750.00 |
| A | 1 | 192 | Corridor | Furniture | Lounge Chair w/ Removable Seat Deck | 2 | $900.00 | $1,800.00 |
| A | 1 | 192 | Corridor | Furniture | Side Table | 1 | $450.00 | $450.00 |
| A | 1 | 171 | Chart Room | Office Furniture | Task Chair | 2 | $350.00 | $700.00 |
| A | 1 | 169 | Office | Office Furniture | Desk - Laminate | 1 | $700.00 | $700.00 |
| A | 1 | 169 | Office | Office Furniture | Task Chair | 1 | $350.00 | $350.00 |
| A | 1 | 169 | Office | Office Furniture | 2H Lateral File- Metal | 1 | $350.00 | $350.00 |
| A | 1 | 169 | Office | Office Furniture | Trash Receptacle | 1 | $25.00 | $25.00 |
| A | 1 | 169 | Office | Furniture | Lounge Chair - Small | 1 | $500.00 | $500.00 |
| A | 1 | 169 | Office | Furniture | Side Table | 1 | $450.00 | $450.00 |
| A | 1 | 169 | Office | Artwork | Artwork - Offices | 2 | $200.00 | $400.00 |
| A | 1 | 170 | MC MED Cart | Accessories | Bulletin Board | 1 | $165.00 | $165.00 |
| A | 1 | 162 | AL Men's ADA RR | Artwork | Framed Mirror - Restroom | 1 | $200.00 | $200.00 |
| A | 1 | 163 | AL Women's ADA RR | Artwork | Framed Mirror - Restroom | 1 | $200.00 | $200.00 |
| A | 1 | 160 | MC Multi-Purpose / Living Room | Furniture | Dining Table - 42" Sq. (Fliptop) | 7 | $550.00 | $3,850.00 |
| A | 1 | 160 | MC Multi-Purpose / Living Room | Furniture | Dining Table - 36" Sq. (Fliptop) | 9 | $475.00 | $4,275.00 |
| A | 1 | 160 | MC Multi-Purpose / Living Room | Furniture | Dining Chair | 46 | $475.00 | $21,850.00 |

**Furnishings List**

Project Name: Regency Palms Oxnard
Project Location: 1020 Bismark Way Oxnard, CA
Project Number: 250

Install Date: To Be Confirmed

Date: 12/06/18
~~12/04/18~~
~~10/12/18~~
09/26/2018
~~2/21/2018~~
~~1/15/2018~~

STUDIO sS5

Appendix "F"

SIDEMARKS:

| AREA | FLOOR | ROOM # | ROOM NAME | sS5 CATEGORY | ITEM | QTY | COST | COST EXT. |
|------|-------|--------|-----------|--------------|------|-----|------|-----------|
| A | 1 | 160 | MC Multi-Purpose / Living Room | Artwork | Artwork - Medium Impact | 7 | $450.00 | $3,150.00 |
| A | 1 | 160 | MC Multi-Purpose / Living Room | Accessories | Accessories | 1 | $500.00 | $500.00 |
| A | 1 | 160 | MC Multi-Purpose / Living Room | Window Treatments | Operable Sheers | 4 | $800.00 | $3,200.00 |
| A | 1 | 194 | Corridor | Artwork | Artwork - Corridors | 9 | $250.00 | $2,250.00 |
| A | 1 | 156 | AL Multi-Purpose / Living Room | Furniture | Sofa - 3 Seat Sofa | 1 | $1,250.00 | $1,250.00 |
| A | 1 | 156 | AL Multi-Purpose / Living Room | Accessories | Decorative Pillows | 2 | $150.00 | $300.00 |
| A | 1 | 156 | AL Multi-Purpose / Living Room | Furniture | Lounge Chair - Large | 2 | $850.00 | $1,700.00 |
| A | 1 | 156 | AL Multi-Purpose / Living Room | Furniture | Lounge Chair - Small | 2 | $550.00 | $1,100.00 |
| A | 1 | 156 | AL Multi-Purpose / Living Room | Furniture | Coffee Table | 1 | $550.00 | $550.00 |
| A | 1 | 156 | AL Multi-Purpose / Living Room | Furniture | Side Table | 3 | $450.00 | $1,350.00 |
| A | 1 | 156 | AL Multi-Purpose / Living Room | Furniture | Console - Entertainment | 1 | $1,500.00 | $1,500.00 |
| A | 1 | 156 | AL Multi-Purpose / Living Room | Artwork | Artwork - Medium Impact | 3 | $450.00 | $1,350.00 |
| A | 1 | 156 | AL Multi-Purpose / Living Room | Accessories | Table Lamp | 2 | $250.00 | $500.00 |
| A | 1 | 156 | AL Multi-Purpose / Living Room | Accessories | Accessories | 1 | $750.00 | $750.00 |
| A/B | 1 | | Corridor | Artwork | Artwork - Corridors | 5 | $225.00 | $1,125.00 |
| B | 1 | 193 | Corridor | Artwork | Artwork - Corridors | 8 | $225.00 | $1,800.00 |
| B | 1 | 152 | Women's Restroom | Artwork | Framed Mirror - Restroom | 1 | $200.00 | $200.00 |
| B | 1 | 153 | Men's Restroom | Artwork | Framed Mirror - Restroom | 1 | $200.00 | $200.00 |
| B | 1 | 191 | Corridor | Artwork | Artwork - Corridors | 3 | $250.00 | $750.00 |
| B | 1 | 131 | Marketing Office | Office Furniture | Desk/Bridge/Credenza - Laminate | 1 | $1,250.00 | $1,250.00 |
| B | 1 | 131 | Marketing Office | Office Furniture | Task Chair | 1 | $350.00 | $350.00 |
| B | 1 | 131 | Marketing Office | Office Furniture | Conference Table - 36" Rd | 1 | $500.00 | $500.00 |
| B | 1 | 131 | Marketing Office | Office Furniture | Guest Chair | 5 | $450.00 | $2,250.00 |
| B | 1 | 131 | Marketing Office | Office Furniture | Trash Receptacle | 1 | $25.00 | $25.00 |
| B | 1 | 131 | Marking Office | Artwork | Artwork - Offices | 2 | $200.00 | $400.00 |
| B | 1 | 190 | Corridor | Artwork | Artwork - Corridors | 3 | $250.00 | $750.00 |
| B | 1 | 146 | Workspace | Accessories | Bulletin Board | 1 | $165.00 | $165.00 |
| B | 1 | 144 | Office (Executive) | Office Furniture | Desk - Laminate | 2 | $700.00 | $1,400.00 |
| B | 1 | 144 | Office (Executive) | Office Furniture | Task Chair | 2 | $350.00 | $700.00 |
| B | 1 | 144 | Office (Executive) | Office Furniture | Guest Chair | 2 | $450.00 | $900.00 |
| B | 1 | 144 | Office (Executive) | Artwork | Artwork - Offices | 2 | $200.00 | $400.00 |
| B | 1 | 144 | Office (Executive) | Office Furniture | Trash Receptacle | 2 | $25.00 | $50.00 |
| B | 1 | 144 | Office (Executive) | Office Furniture | 2H Lateral File - Laminate | 2 | $350.00 | $700.00 |
| B | 1 | 145 | Office (BOM) | Office Furniture | Desk - Laminate | 1 | $700.00 | $700.00 |
| B | 1 | 145 | Office (BOM) | Office Furniture | Task Chair | 1 | $350.00 | $350.00 |
| B | 1 | 145 | Office (BOM) | Office Furniture | Trash Receptacle | 1 | $25.00 | $25.00 |
| B | 1 | 145 | Office (BOM) | Office Furniture | 2H Lateral File - Laminate | 2 | $350.00 | $700.00 |
| B | 1 | 145 | Office (BOM) | Artwork | Artwork - Offices | 2 | $200.00 | $400.00 |
| B | 1 | 113 | Discovery Room | Furniture | Dining Table - 42"x96" | 0 | $1,450.00 | $0.00 |
| B | 1 | 113 | Discovery Room | Furniture | Dining Chair | 0 | $475.00 | $0.00 |
| B | 1 | 113 | Discovery Room | Furniture | Lounge Chair - Small | 0 | $550.00 | $0.00 |
| B | 1 | 113 | Discovery Room | Furniture | Side Table | 0 | $450.00 | $0.00 |
| B | 1 | 113 | Discovery Room | Artwork | Artwork - Medium Impact | 0 | $450.00 | $0.00 |
| B | 1 | 113 | Discovery Room | Accessories | Table Lamp | 0 | $250.00 | $0.00 |
| B | 1 | 113 | Discovery Room | Accessories | Accessories | 0 | $250.00 | $0.00 |

Furnishings List

Project Name: Regency Palms Oxnard

Project Location: 1020 Bismark Way Oxnard, CA

Project Number: 250

**STUDIO SIX 5**

Install Date: To Be Confirmed

Date: 12/06/18
~~12/04/18~~
~~10/12/18~~
~~09/26/2018~~
~~2/21/2018~~
~~1/15/2018~~

Appendix "F"

SIDEMARKS:

| AREA | FLOOR | ROOM # | ROOM NAME | sS5 CATEGORY | ITEM | QTY | COST | COST EXT. |
|---|---|---|---|---|---|---|---|---|
| B | 1 | 113 | Discovery Room | Window Treatments | Stationary Drapery & Operable Sheers | 4 | $1,200.00 | $4,800.00 |
| B | 1 | 114 | Dining Room | Furniture | Dining Table - 60" Rd. | 2 | $900.00 | $1,800.00 |
| B | 1 | 114 | Dining Room | Furniture | Dining Table - 42" Sq. | 10 | $550.00 | $5,500.00 |
| B | 1 | 114 | Dining Room | Furniture | Dining Table - 36" Sq. | 7 | $475.00 | $3,325.00 |
| B | 1 | 114 | Dining Room | Furniture | Dining Table - 36"x60" | 2 | $650.00 | $1,300.00 |
| B | 1 | 114 | Dining Room | Furniture | Dining Chair | 67 | $475.00 | $31,825.00 |
| B | 1 | 114 | Dining Room | Furniture | Banquette $ per ft. | 26 | $300.00 | $7,800.00 |
| B | 1 | 114 | Dining Room | Furniture | Sofa Table | 1 | $750.00 | $750.00 |
| B | 1 | 114 | Dining Room | Artwork | Artwork - Medium Impact | 14 | $450.00 | $6,300.00 |
| B | 1 | 114 | Dining Room | Accessories | Accessories | 1 | $750.00 | $750.00 |
| B | 1 | 147 | Employee Lounge | Furniture | Activity Table - 30"x48" | 3 | $425.00 | $1,275.00 |
| B | 1 | 147 | Employee lounge | Furniture | Stacking Chair | 9 | $250.00 | $2,250.00 |
| B | 1 | 147 | Employee lounge | Accessories | Bulletin Board | 1 | $165.00 | $165.00 |
| B | 1 | 122 | Private Dining | Furniture | Dining Table - 42"x9'6" | 1 | $1,450.00 | $1,450.00 |
| B | 1 | 122 | Private Dining | Furniture | Dining Chair | 8 | $475.00 | $3,800.00 |
| B | 1 | 122 | Private Dining | Furniture | Console - Storage | 1 | $1,200.00 | $1,200.00 |
| B | 1 | 122 | Private Dining | Artwork | Artwork - Medium Impact | 4 | $450.00 | $1,800.00 |
| B | 1 | 122 | Private Dining | Accessories | Accessories | 1 | $500.00 | $500.00 |
| B | 1 | 121 | Office (Culinary) | Office Furniture | Task Chair | 2 | $350.00 | $700.00 |
| B | 1 | 121 | Office (Culinary) | Artwork | Artwork - Bulletin | 1 | $165.00 | $165.00 |
| B | 1 | 121 | Office (Culinary) | Office Furniture | Trash Receptacle | 2 | $25.00 | $50.00 |
| B | 1 | 173 | Staff Restroom | Artwork | Framed Mirror - Restroom | 1 | $200.00 | $200.00 |
| B | 1 | 112 | Reception | Office Furniture | Task Chair | 1 | $450.00 | $450.00 |
| B | 1 | 112 | Reception | Office Furniture | Trash Receptacle | 1 | $25.00 | $25.00 |
| B | 1 | 110 | Lounge | Furniture | Lounge Chair - Large | 4 | $120.00 | $480.00 |
| B | 1 | 110 | Lounge | Furniture | Lounge Chair - Small | 4 | $550.00 | $2,200.00 |
| B | 1 | 110 | Lounge | Furniture | Coffee Table | 1 | $550.00 | $550.00 |
| B | 1 | 110 | Lounge | Furniture | Side Table | 2 | $650.00 | $1,300.00 |
| B | 1 | 110 | Lounge | Furniture | Console Table | 2 | $1,500.00 | $3,000.00 |
| B | 1 | 110 | Lounge | Window Treatments | Stationary Drapery & Operable Sheers | 4 | $1,200.00 | $4,800.00 |
| B | 1 | 110 | Lounge | Window Treatments | Stationary Drapery (Acoustic Double Height Panels) | 8 | $1,200.00 | $9,600.00 |
| B | 1 | 110 | Lounge | Accessories | Accessories | 1 | $1,000.00 | $1,000.00 |
| B | 1 | 111 | Bistro | Furniture | Lounge Chair - Small | 3 | $700.00 | $2,100.00 |
| B | 1 | 111 | Bistro | Furniture | Side Table | 2 | $700.00 | $1,400.00 |
| B | 1 | 111 | Bistro | Furniture | Counter Stool | 6 | $650.00 | $3,900.00 |
| B | 1 | 111 | Bistro | Furniture | Dining Table - 36" Rd. | 2 | $500.00 | $1,000.00 |
| B | 1 | 111 | Bistro | Furniture | Dining Chair - Fully Upholstered | 6 | $925.00 | $5,550.00 |
| B | 1 | 111 | Bistro | Window Treatments | Stationary Drapery & Operable Sheers | 4 | $1,200.00 | $4,800.00 |
| B | 1 | 111 | Bistro | Artwork | Artwork - Feature Pieces | 1 | $2,500.00 | $2,500.00 |
| B | 1 | 111 | Bistro | Accessories | Accessories | 1 | $1,000.00 | $1,000.00 |
| B | 1 | 115 | Theatre | Furniture | Recliner | 24 | $1,050.00 | $25,200.00 |
| B | 1 | 115 | Theatre | Furniture | Console - Storage | 1 | $1,200.00 | $1,200.00 |
| B | 1 | 115 | Theatre | Furniture | Lectern | 1 | $800.00 | $800.00 |
| B | 1 | 115 | Theatre | Artwork | Artwork - Medium Impact | 4 | $450.00 | $1,800.00 |
| B | 1 | 115 | Theatre | Accessories | Accessories | 1 | $100.00 | $100.00 |
| B | 1 | 115 | Theatre | Window Treatments | Blackout Shades | 6 | $800.00 | $4,800.00 |
| B | 1 | 180 | Corridor | Artwork | Artwork - Corridors | 5 | $250.00 | $1,250.00 |
| B | 1 | 116 | Activity Room | Furniture | Activity Table - 30"x60" | 4 | $500.00 | $2,000.00 |
| B | 1 | 116 | Activity Room | Furniture | Stacking Chair - Activity | 19 | $250.00 | $4,750.00 |
| B | 1 | 116 | Activity Room | Furniture | Lounge Chair - Large | 4 | $850.00 | $3,400.00 |
| B | 1 | 116 | Activity Room | Furniture | Side Table | 2 | $450.00 | $900.00 |
| B | 1 | 116 | Activity Room | Accessories | Bulletin Board | 1 | $165.00 | $165.00 |
| B | 1 | 116 | Activity Room | Artwork | Artwork - Medium Impact | 6 | $450.00 | $2,700.00 |
| B | 1 | 116 | Activity Room | Accessories | Accessories | 1 | $500.00 | $500.00 |
| B | 1 | 181 | Corridor | Artwork | Artwork - Corridors | 2 | $250.00 | $500.00 |

**Furnishings List**

Project Name: Regency Palms Oxnard
Project Location: 1020 Bismark Way Oxnard, CA
Project Number: 250

Install Date: To Be Confirmed

Date:
12/06/18
~~12/04/18~~
~~10/12/18~~
~~09/26/2018~~
~~2/21/2018~~
~~1/15/2018~~

STUDIO sS5

Appendix "F"

SIDEMARKS:

| AREA | FLOOR | ROOM # | ROOM NAME | sS5 CATEGORY | ITEM | QTY | COST | COST EXT. |
|---|---|---|---|---|---|---|---|---|
| B | 1 | 128 | Wellness Nurse | Office Furniture | Desk/Return - Laminate | 1 | $900.00 | $900.00 |
| B | 1 | 128 | Wellness Nurse | Office Furniture | Task Chair | 1 | $350.00 | $350.00 |
| B | 1 | 128 | Wellness Nurse | Office Furniture | Guest Chair | 3 | $450.00 | $1,350.00 |
| B | 1 | 128 | Wellness Nurse | Office Furniture | Conference Table - 36" Rd. | 1 | $500.00 | $500.00 |
| B | 1 | 128 | Wellness Nurse | Office Furniture | 2H Lateral File - Laminate | 2 | $350.00 | $700.00 |
| B | 1 | 128 | Wellness Nurse | Artwork | Artwork - Offices | 2 | $200.00 | $400.00 |
| B | 1 | 128 | Wellness Nurse | Office Furniture | Trash Receptacle | 1 | $25.00 | $25.00 |
| B | 1 | 130 | Chart Room | Office Furniture | Task Chair | 2 | $350.00 | $700.00 |
| B | 1 | 132 | AL Salon | Furniture | All-Purpose Styling Chair | 2 | $950.00 | $1,900.00 |
| B | 1 | 132 | AL Salon | Furniture | Styling Mat | 2 | $150.00 | $300.00 |
| B | 1 | 132 | AL Salon | Furniture | Portable Dryer | 2 | $200.00 | $400.00 |
| B | 1 | 132 | AL Salon | Furniture | Lounge Chair - Small | 4 | $550.00 | $2,200.00 |
| B | 1 | 132 | AL Salon | Furniture | Side Table | 2 | $450.00 | $900.00 |
| B | 1 | 132 | AL Salon | Artwork | Artwork - Medium Impact | 3 | $450.00 | $1,350.00 |
| B | 1 | 132 | AL Salon | Artwork | Decorative Mirror - Commons | 2 | $350.00 | $700.00 |
| B | 1 | 132 | AL Salon | Window Treatments | Operable Drapery | 2 | $800.00 | $1,600.00 |
| B | 1 | 132 | AL Salon | Accessories | Accessories | 1 | $500.00 | $500.00 |
| B | 1 | 150 | Nail Salon | Furniture | Manicure Table | 1 | $1,000.00 | $1,000.00 |
| B | 1 | 150 | Nail Salon | Furniture | Salon Manicure Stool | 1 | $300.00 | $300.00 |
| B | 1 | 150 | Nail Salon | Furniture | Salon Guest Chair | 1 | $500.00 | $500.00 |
| B | 1 | 150 | Nail Salon | Furniture | Pedicure Cart | 2 | $700.00 | $1,400.00 |
| B | 1 | 150 | Nail Salon | Furniture | Pedicure | 2 | $600.00 | $1,200.00 |
| B | 1 | 150 | Nail Salon | Furniture | Lounge Chair - Small | 2 | $550.00 | $1,100.00 |
| B | 1 | 150 | Nail Salon | Furniture | Salon Pedicure Stool | 2 | $300.00 | $600.00 |
| B | 1 | 150 | Nail Salon | Furniture | Nail Polish Rack | 1 | $100.00 | $100.00 |
| B | 1 | 150 | Nail Salon | Artwork | Artwork - Medium Impact | 3 | $450.00 | $1,350.00 |
| B | 1 | 150 | Nail Salon | Accessories | Task Lamp | 1 | $250.00 | $250.00 |
| B/C | 1 | 183 | Corridor | Artwork | Artwork - Corridors | 9 | $250.00 | $2,250.00 |
| C | 1 | 133 | AL Men's ADA RR | Artwork | Framed Mirror - Restroom | 1 | $200.00 | $200.00 |
| C | 1 | 134 | AL Women's ADA RR | Artwork | Framed Mirror - Restroom | 1 | $200.00 | $200.00 |
| C | 1 | 135 | AL Multi-Purpose / Living Room | Furniture | Lounge Chair - Large | 2 | $850.00 | $1,700.00 |
| C | 1 | 135 | AL Multi-Purpose / Living Room | Furniture | Lounge Chair - Small | 4 | $550.00 | $2,200.00 |
| C | 1 | 135 | AL Multi-Purpose / Living Room | Furniture | Side Table | 2 | $450.00 | $900.00 |
| C | 1 | 135 | AL Multi-Purpose / Living Room | Furniture | Console - Entertainment | 2 | $1,500.00 | $3,000.00 |
| C | 1 | 135 | AL Multi-Purpose / Living Room | Furniture | Dining Table - 42" Sq. | 1 | $550.00 | $550.00 |
| C | 1 | 135 | AL Multi-Purpose / Living Room | Furniture | Dining Chair | 4 | $475.00 | $1,900.00 |
| C | 1 | 135 | AL Multi-Purpose / Living Room | Artwork | Artwork - Medium Impact | 3 | $450.00 | $1,350.00 |
| C | 1 | 135 | AL Multi-Purpose / Living Room | Accessories | Accessories | 1 | $500.00 | $500.00 |
| C | 1 | 135 | AL Multi-Purpose / Living Room | Window Treatments | Operable Sheers | 2 | $800.00 | $1,600.00 |
| C | 1 | 182 | Corridor | Artwork | Artwork - Corridors | 12 | $250.00 | $3,000.00 |
| C | 1 | 182 | Corridor | Furniture | Bench w/ Arms | 4 | $1,200.00 | $4,800.00 |
| C | 1 | 182 | Corridor | Furniture | Side Table | 2 | $450.00 | $900.00 |
| C | 1 | 182 | Corridor | Accessories | Accessories | 1 | $150.00 | $150.00 |
| C | 1 | 184 | Corridor | Artwork | Artwork - Corridors | 9 | $250.00 | $2,250.00 |
| C | 1 | 185 | Corridor | Artwork | Artwork - Corridors | 9 | $250.00 | $2,250.00 |
| C | 1 | 138 | AL Men's RR | Artwork | Framed Mirror - Restroom | 1 | $200.00 | $200.00 |
| C | 1 | 139 | AL Women's RR | Artwork | Framed Mirror - Restroom | 1 | $200.00 | $200.00 |
| C | 1 | 143 | AL Multi-Purpose / Living Room | Furniture | Sofa - 3 Seat Sofa | 1 | $1,250.00 | $1,250.00 |
| C | 1 | 143 | AL Multi-Purpose / Living Room | Accessories | Decorative Pillows | 2 | $150.00 | $300.00 |

**Furnishings List**
Project Name:  Regency Palms Oxnard
Project Location:  1020 Bismark Way Oxnard, CA
Project Number: 250

Install Date:    To Be
                 Confirmed

Date:            12/06/18
                 ~~12/04/18~~
                 ~~10/12/18~~
                 ~~09/26/2018~~
                 ~~2/21/2018~~
                 ~~1/15/2018~~

STUDIO | six5

Appendix "F"

SIDEMARKS:

| AREA | FLOOR | ROOM # | ROOM NAME | sS5 CATEGORY | ITEM | QTY | COST | COST EXT. |
|---|---|---|---|---|---|---|---|---|
| C | 1 | 143 | AL Multi-Purpose / Living Room | Furniture | Lounge Chair - Large | 6 | $850.00 | $5,100.00 |
| C | 1 | 143 | AL Multi-Purpose / Living Room | Furniture | Lounge Chair - Small | 1 | $550.00 | $550.00 |
| C | 1 | 143 | AL Multi-Purpose / Living Room | Furniture | Sofa Table | 1 | $750.00 | $750.00 |
| C | 1 | 143 | AL Multi-Purpose / Living Room | Furniture | Side Table | 4 | $450.00 | $1,800.00 |
| C | 1 | 143 | AL Multi-Purpose / Living Room | Accessories | Table Lamp | 2 | $250.00 | $500.00 |
| C | 1 | 143 | AL Multi-Purpose / Living Room | Furniture | Coffee Table | 1 | $550.00 | $550.00 |
| C | 1 | 143 | AL Multi-Purpose / Living Room | Furniture | Dining Table - 42" Round | 1 | $550.00 | $550.00 |
| C | 1 | 143 | AL Multi-Purpose / Living Room | Furniture | Dining Chair | 4 | $475.00 | $1,900.00 |
| C | 1 | 143 | AL Multi-Purpose / Living Room | Artwork | Artwork - Medium Impact | 4 | $450.00 | $1,800.00 |
| C | 1 | 143 | AL Multi-Purpose / Living Room | Accessories | Accessories | 1 | $1,000.00 | $1,000.00 |
| C | 1 | 143 | AL Multi-Purpose / Living Room | Window Treatments | Operable Sheers | 2 | $800.00 | $1,600.00 |
| C | 1 | 186 | Corridor | Artwork | Artwork - Corridors | 9 | $250.00 | $2,250.00 |
| | 2 | 201 | Corridor | Furniture | Bench w/ Arms | 2 | $1,200.00 | $2,400.00 |
| | 2 | 201 | Corridor | Furniture | Side Table | 1 | $450.00 | $450.00 |
| | 2 | 201 | Corridor | Artwork | Artwork - Corridors | 6 | $250.00 | $1,500.00 |
| | 2 | 201 | Corridor | Accessories | Accessories | 1 | $250.00 | $250.00 |
| | 2 | 210 | Fitness | Furniture | Stacking Chair - Activity | 13 | $250.00 | $3,250.00 |
| | 2 | 210 | Fitness | Artwork | Artwork - Medium Impact | 5 | $450.00 | $2,250.00 |
| | 2 | 210 | Fitness | Accessories | Accessories | 1 | $100.00 | $100.00 |
| | 2 | 213 | Restroom | Artwork | Framed Mirror - Restroom | 1 | $200.00 | $200.00 |
| | 2 | 215 | Restroom | Artwork | Framed Mirror - Restroom | 1 | $200.00 | $200.00 |
| | | | | | | | Total: | $369,900.00 |

**Furnishings List**

Project Name:  Regency Palms Oxnard
Project Location:  1020 Bismark Way Oxnard, CA
Project Number:  250
Install Date:
Date:    12/04/2018
Revised:    12/06/2018

studio
**SIX5**

Appendix "F"

SIDEMARKS:

| INSTALL PHASE | FLOOR | ROOM # | ROOM NAME | sS5 CATEGORY | ITEM | QTY | COST | COST EXT. |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | AL Respite Unit | Unit Furniture | Twin Sized Headboard/Frame | 3 | $300.00 | $900.00 |
| 1 | 1 | | AL Respite Unit | Unit Bedding | Twin Sized Mattress/Box | 3 | $500.00 | $1,500.00 |
| 1 | 1 | | AL Respite Unit | Unit Furniture | 3 Drawer Chest | 3 | $600.00 | $1,800.00 |
| 1 | 1 | | AL Respite Unit | Unit Furniture | Nightstand | 3 | $300.00 | $900.00 |
| 1 | 1 | | AL Respite Unit | Unit Furniture | Dining Chair | 3 | $550.00 | $1,650.00 |
| 1 | 1 | | AL Respite Unit | Unit Furniture | Dining Table | 3 | $450.00 | $1,350.00 |
| 1 | 1 | | AL Respite Unit | Unit Furniture | Table Lamp | 3 | $100.00 | $300.00 |
| | | | | | | | Total: | $8,400.00 |

**Furnishings List**

Project Name:  Regency Palms Oxnard - Outdoor Furniture
Project Location:  Oxnard, CA
Project Number:  250RPO
Install Date:  June 2019
Date:  3/22/2019
Revised:  3/28/2019
         3/25/2019

STUDIO 5

| FLOOR | ROOM # | ROOM NAME | sS5 CATEGORY | ITEM | QTY | COST | COST EXT. |
|---|---|---|---|---|---|---|---|
| 1 | 100 | MC Resident Courtyard | Outdoor Furniture | Dining Chair | 16 | $550.00 | $8,800.00 |
| 1 | 100 | MC Resident Courtyard | Outdoor Furniture | Dining Table - 30" RD | 2 | $550.00 | $1,100.00 |
| 1 | 100 | MC Resident Courtyard | Outdoor Furniture | Dining Table - 50" RD | 3 | $800.00 | $2,400.00 |
| 1 | 100 | MC Resident Courtyard | Outdoor Furniture | Rocker | 2 | $700.00 | $1,400.00 |
| 1 | 100 | MC Resident Courtyard | Outdoor Furniture | Side Table | 1 | $300.00 | $300.00 |
| 1 | 100 | MC Resident Courtyard | Outdoor Furniture | Lounge Chair | 4 | $1,050.00 | $4,200.00 |
| 1 | 100 | MC Resident Courtyard | Outdoor Furniture | Coffee Table | 1 | $700.00 | $700.00 |
| 1 | 100 | MC Resident Courtyard | Window Treatments | Cushions for Built-In Bench | 2 | $1,000.00 | $2,000.00 |
| 1 | 100 | MC Resident Courtyard | Window Treatments | Accent Pillows | 8 | $150.00 | $1,200.00 |
| 1 | 100 | MC Resident Courtyard | Outdoor Furniture | Lounge Chair | 2 | $1,050.00 | $2,100.00 |

**Furnishings List**

Project Name: Regency Palms Oxnard - Outdoor Furniture

Project Location: Oxnard, CA

Project Number: 250RPO

Install Date: June 2019

Date:   3/22/2019

Revised:    3/28/2019
            3/25/2019

STUDIO SIX 5

| FLOOR | ROOM # | ROOM NAME | sS5 CATEGORY | ITEM | QTY | COST | COST EXT. |
|-------|--------|-----------|--------------|------|-----|------|-----------|
| 1 | 100 | MC Resident Courtyard | Outdoor Furniture | Side Table | 1 | $300.00 | $300.00 |
| 1 | 100A | MC Resident Courtyard | Outdoor Furniture | Dining Chair | 2 | $550.00 | $1,100.00 |
| 1 | 100A | MC Resident Courtyard | Outdoor Furniture | Dining Table - 30" RD | 1 | $550.00 | $550.00 |
| 1 | 100A | MC Resident Courtyard | Outdoor Furniture | Lounge Chair | 4 | $1,050.00 | $4,200.00 |
| 1 | 100A | MC Resident Courtyard | Outdoor Furniture | Coffee Table | 1 | $700.00 | $700.00 |
| 1 | 100A | MC Resident Courtyard | Outdoor Furniture | Bench | 1 | $1,200.00 | $1,200.00 |
| 1 | 100A | MC Resident Courtyard | Outdoor Furniture | Side Table | 1 | $300.00 | $300.00 |
| 1 | 100B | MC Resident Courtyard | Outdoor Furniture | Bench | 2 | $1,200.00 | $2,400.00 |
| 1 | 100B | MC Resident Courtyard | Outdoor Furniture | Side Table | 2 | $300.00 | $600.00 |
| 1 | 100B | MC Resident Courtyard | Outdoor Furniture | Dining Chair | 12 | $550.00 | $6,600.00 |

**Furnishings List**

Project Name:  Regency Palms Oxnard - Outdoor Furniture

Project Location:  Oxnard, CA

Project Number:  250RPO

Install Date:  June 2019

Date:    3/22/2019

Revised:    3/28/2019
3/25/2019

**STUDIO ＳＩＸ 5**

| FLOOR | ROOM # | ROOM NAME | sS5 CATEGORY | ITEM | QTY | COST | COST EXT. |
|---|---|---|---|---|---|---|---|
| 1 | 100B | MC Resident Courtyard | Outdoor Furniture | Dining Table - 36" SQ | 6 | $550.00 | $3,300.00 |
| 1 | 100C | AL Courtyard | Outdoor Furniture | Dining Chair | 8 | $550.00 | $4,400.00 |
| 1 | 100C | AL Courtyard | Outdoor Furniture | Dining Table - 42" SQ | 2 | $650.00 | $1,300.00 |
| 1 | 100C | AL Courtyard | Outdoor Furniture | Umbrella & Stand | 2 | $650.00 | $1,300.00 |
| 1 | 100C | AL Courtyard | Outdoor Furniture | Dining Chair | 4 | $550.00 | $2,200.00 |
| 1 | 100C | AL Courtyard | Outdoor Furniture | Dining Table - 50" RD | 1 | $800.00 | $800.00 |
| 1 | 100C | AL Courtyard | Outdoor Furniture | Lounge Chair | 2 | $1,050.00 | $2,100.00 |
| 1 | 100C | AL Courtyard | Outdoor Furniture | Side Table | 1 | $300.00 | $300.00 |
| 1 | 100C | AL Courtyard | Outdoor Furniture | Rocker | 2 | $700.00 | $1,400.00 |
| 1 | 100C | AL Courtyard | Outdoor Furniture | Side Table | 1 | $300.00 | $300.00 |
| 1 | 100D | Main Dining Courtyard | Window Treatments | Cushions for Built-In Bench | 2 | $1,500.00 | $3,000.00 |
| 1 | 100D | Main Dining Courtyard | Window Treatments | Accent Pillows | 8 | $150.00 | $1,200.00 |
| 1 | 100D | Main Dining Courtyard | Outdoor Furniture | Dining Chair | 20 | $550.00 | $11,000.00 |
| 1 | 100D | Main Dining Courtyard | Outdoor Furniture | Dining Table - 36" SQ | 2 | $550.00 | $1,100.00 |
| 1 | 100D | Main Dining Courtyard | Outdoor Furniture | Dining Table - 42" SQ | 3 | $650.00 | $1,950.00 |

## Furnishings List

**Project Name:** Regency Palms Oxnard - Outdoor Furniture

**Project Location:** Oxnard, CA

**Project Number:** 250RPO

**Install Date:** June 2019

**Date:** 3/22/2019

**Revised:** 3/28/2019
3/25/2019

STUDIO SIX 5

| FLOOR | ROOM # | ROOM NAME | sS5 CATEGORY | ITEM | QTY | COST | COST EXT. |
|---|---|---|---|---|---|---|---|
| 1 | 100D | Main Dining Courtyard | Outdoor Furniture | Dining Table - 30" RD | 2 | $550.00 | $1,100.00 |
| 1 | 100E | Activity Courtyard | Outdoor Furniture | Lounge Chair | 4 | $1,050.00 | $4,200.00 |
| 1 | 100E | Activity Courtyard | Outdoor Furniture | Side Table | 2 | $300.00 | $600.00 |
| 1 | 100E | Activity Courtyard | Outdoor Furniture | Dining Chair | 2 | $550.00 | $1,100.00 |
| 1 | 100E | Activity Courtyard | Outdoor Furniture | Dining Table - 30" RD | 1 | $550.00 | $550.00 |
| 1 | 100E | Activity Courtyard | Outdoor Furniture | Bench | 3 | $1,200.00 | $3,600.00 |
| 1 | 100E | Activity Courtyard | Outdoor Furniture | Side Table | 6 | $300.00 | $1,800.00 |
| 1 | 100G | AL Resident Courtyard | Window Treatments | Cushions for Built-In Bench | 1 | $1,250.00 | $1,250.00 |
| 1 | 100G | AL Resident Courtyard | Window Treatments | Accent Pillows | 4 | $150.00 | $600.00 |
| 1 | 100G | AL Resident Courtyard | Outdoor Furniture | Lounge Chair | 4 | $1,050.00 | $4,200.00 |
| 1 | 100G | AL Resident Courtyard | Outdoor Furniture | Side Table | 2 | $300.00 | $600.00 |
| 1 | 100H | AL Resident Courtyard | Outdoor Furniture | Bench | 1 | $1,200.00 | $1,200.00 |
| 1 | 100H | AL Resident Courtyard | Outdoor Furniture | Side Table | 2 | $300.00 | $600.00 |

**Furnishings List**

Project Name:  Regency Palms Oxnard - Outdoor Furniture

Project Location:  Oxnard, CA

Project Number:  250RPO

Install Date:  June 2019

Date:    3/22/2019

Revised:    3/28/2019
            3/25/2019

STUDIO SIX 5

| FLOOR | ROOM # | ROOM NAME | sS5 CATEGORY | ITEM | QTY | COST | COST EXT. |
|-------|--------|-----------|--------------|------|-----|------|-----------|
| 1 | 100H | AL Resident Courtyard | Outdoor Furniture | Dining Chair | 16 | $550.00 | $8,800.00 |
| 1 | 100H | AL Resident Courtyard | Outdoor Furniture | Dining Table - 42" SQ | 4 | $650.00 | $2,600.00 |
| | | | | | | **TOTAL** | **$110,600.00** |



# QUOTE

05/17/2019

**To:**
Global Premier Regency Palms
Oxnard
Robert Mc Cumsey
2010 Main Street, Suite 1250
Irvine, CA 92614
949-222-9119 108

**Project:**
Regency Palms Assisted Living -
Oxnard Revised Quote 06/28/2019
1020 Bismark Way
Oxnard , CA 93033

**From:**
TriMark
Ernest Lee
2801 McGaw Ave
Irvine, CA 92614
949-474-1000
(949) 474--1000 (Contact)

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| *0001* | 1 ea | **AIR CURTAIN** | $699.00 | $699.00 |
| | | Mars Air Systems Model No. STD242-1UA-OB Standard Series 2 Air Curtain, for 42" wide door, unheated, 115v/60/1-ph, Obsidian Black powder coated cabinet (Standard Production Color) | | |
| | 1 ea | Options WITHOUT control panel | | |
| | 1 ea | Options WITHOUT time delay | | |
| | 1 ea | 99-014 Steel Mechanical Universal Surface-mounted Plunger/Roller Switch | $83.00 | $83.00 |
| | | **ITEM TOTAL:** | | **$782.00** |
| *0002* | 2 ea | **DUNNAGE RACK** | $177.00 | $354.00 |
| | | New Age Model No. 2009 Dunnage Rack, 48"W x 24"D x 12"H, all welded aluminum construction, 1-1/2" x 1-3/4" x 0.070 tubing, welded aluminum caps on feet, weight capacity 2500 lbs., NSF, Made in USA | | |
| | | **ITEM TOTAL:** | | **$354.00** |
| *0003* | 1 ea | **CAN RACK** | $771.00 | $771.00 |
| | | New Age Model No. 1250 Can Storage Rack, stationary design with adjustable feet, sloped glides for automatic can retrieval, aluminum construction, holds (162) #10 cans or (216) #5 cans, NSF, Made in USA | | |
| | | **ITEM TOTAL:** | | **$771.00** |
| *0004* | 1 lt | **STORAGE SHELVING** | | |
| | | Metro Size & quantity per plan to include the following: | | |
| | 20 ea | MQ2460G MetroMax Q™ Shelf, 60"W x 24"D, removable open grid polymer shelf mats on an epoxy coated steel frame with quick adjust corner releases, (4) wedge connectors, Microban® antimicrobial product protection, 600 lb. capacity per shelf, NSF | $101.00 | $2,020.00 |

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
| | 16 ea | MQ86PE MetroMax Q™ Post, 86-3/16"H, for stationary use, epoxy coated steel with built in Microban® antimicrobial product protection | $28.00 | $448.00 |
| | | **ITEM TOTAL:** | | **$2,468.00** |
| 0005 | 2 ea | **GLASS RACK DOLLY** | | <NIC> |
| | | Owner<br>Furnished and Installed by Owner | | |
| _0006_ | 1 ea | **WATER FILTRATION SYSTEM, FOR ICE MACHINES** | $274.00 | $274.00 |



3M Purification Model No. ICE140-S
(5616203) 3M™ Water Filtration Products Water Filter System, with gauge, 14-7/8"H x 5-1/16"D, valve-in-head, standard water, single vessel, 1/4-turn shut off valve, max pressure of 125 psi at 100°F, 0.2 micron, 2.1 gpm flow rate, 25,000 gallons capacity, for cyst, bacteria, sediment, chlorine taste and odor, scale, includes: (1) integral mounting bracket and (1) o-ring seal cartridge filter, 3/8" FNPT connections, NSF (for ice machines -cubers up to 1000lbs, flakers up to 1800lbs: Manitowoc I 0906, 0996, 1002, 1003, 1005, 1072, 1092, Scotsman C 0722, 0830, 1030, Hoshizaki KM 850, 901, Ice-O-Matic ICE 0806, 1006, 1007, Koolaire K 1000) (priced per each, packed 2 each per case)

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
| | | **ITEM TOTAL:** | | **$274.00** |
| 0007 | 1 ea | **ICE BIN FOR ICE MACHINES** | | <NIC> |

Owner
Hoshizaki Ice Bin, 44"W, top-hinged front-opening door, 700-lb ice storage capacity, for top-mounted ice makers, stainless steel exterior, painted legs included, protected with H-GUARD Plus Antimicrobial Agent, ETL, ETL-Sanitation

Note: Owners provided Ice machine bin is in storage at Four Seasons, to be delivered to site with the rest of the equipment.

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
| 0008 | 1 ea | **NUGGET ICE MAKER** | | <NIC> |



Owner
Ice Maker, Cubelet-Style, 22"W, air-cooled, self-contained condenser, production capacity up to 690 lb/24 hours at 70°/50° (532 lb AHRI certified at 90°/70°), stainless steel finish, compressed cubelet style ice, Advanced CleanCycle24™, R-404A refrigerant, 115v/60/1-ph, 11.8 amps, NSF, UL, ENERGY STAR®

Note: Owners provided Ice machine is in storage at Four Seasons, to be delivered to site with the rest of the equipment.

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
| _0009_ | 2 ea | **HAND SINK** | $740.00 | $1,480.00 |
| | | Advance Tabco Model No. 7-PS-75<br>ADA Compliant Hand Sink, wall mounted, 14" wide x 16" front-to-back x 5" deep bowl, 18 gauge 304 stainless steel, no faucet (3 hole punched), basket drain, wall brackets, NSF, cCSAus | | |
| | | **ITEM TOTAL:** | | **$1,480.00** |
| _0010_ | 2 ea | **DECK MOUNT FAUCET** | $160.00 | $320.00 |

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| | |  T&S Brass Model No. B-1142-04 Workboard Mixing Faucet, deck mount, 8" centers, wrist action handles with color coded indexes, 6" swivel gooseneck spout, 1/2" NPT male inlets, polished chrome finish, ADA Compliant (replaces B-1139) | | |
| | | **ITEM TOTAL:** | | **$320.00** |
| 0011 | 2 ea | **SOAP & TOWEL DISPENSER** Owner Furnished by Owner | | <NIC> |
| 0012 | 1 ea | **WATER HEATER** Owner Furnished and Installed by Plumbing Contractor | | <NIC> |
| 0013 | 1 ea | **SPARE** Spare No. Model No. SPARE | | |
| 0014 | 1 ea | **JANITOR'S SINK** General Contractor Furnished and Installed by Plumbing Contractor | | <NIC> |
| 0015 | 1 ea | **SERVICE FAUCET** General Contractor Furnished and Installed by Plumbing Contractor | | <NIC> |
| _0016_ | 1 ea | **MOP HOLDER** Advance Tabco Model No. K-242 Mop Hanger, 23", accommodates (3) | $101.00 | $101.00 |
| | | **ITEM TOTAL:** | | **$101.00** |
| _0017_ | 1 ea | **S/S WALL MOUNTED SHELF** Custom Fab Shall be custom fabricated per KEC plans, specification, general conditions, and approved shop drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $114.00 | $114.00 |
| | | **ITEM TOTAL:** | | **$114.00** |
| _0018_ | 1 lt | **S/S CORNER GUARDS/WALL CAPS** Custom Fab Shall be custom fabricated per KEC plans, specification, general conditions, and approved shop drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $924.00 | $924.00 |
| | | **ITEM TOTAL:** | | **$924.00** |
| 0019 | 1 ea | **OFFICE FURNITURE** Owner Furnished by Owner | | <NIC> |
| _0020_ | 4 ea | **LOCKER** | $201.00 | $804.00 |

TriMark   *05/17/2019*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| | | GSW USA Model No. ELS-6DR<br>Employee Locker, 6-tier, 12"W x 16"D x 77"H, door pulls, grid vented,<br>6" adjustable legs, powder coated beige | | |
| | 3 ea | ELS-5DR Employee Locker, 5-tier, 12"W x 16"D x 77"H, door pulls, grid vented, 6" adjustable legs, powder coated beige | $191.00 | $573.00 |
| | 5 ea | EL-2DR Employee Locker, 2-tier, 12"W x 20"D x 77"H, door pulls, grid vented, 6" adjustable legs, powder coated beige | $177.00 | $885.00 |
| | | | **ITEM TOTAL:** | **$2,262.00** |
| 0021 | 1 ea | **SPARE**<br>Spare No. Model No. SPARE | | |
| *0022* | 1 ea | **S/S PREP TABLE W/SINK**<br>Custom Fab<br>Shall be custom fabricated per KEC plans, specification, general conditions, and approved shop drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $4,764.00 | $4,764.00 |
| | | | **ITEM TOTAL:** | **$4,764.00** |
| *0023* | 1 ea | **WALL / SPLASH MOUNT FAUCET**<br>T&S Brass Model No. B-0230<br>Sink Mixing Faucet, 18" swing nozzle, wall mounted, 8" centers on sink faucet, with 1/2" IPS eccentric flanged female inlets, lever handles | $167.00 | $167.00 |
| | 1 ea | B-0230-K Installation Kit , (2) 1/2" NPT nipples, lock nuts & washers, (2) short "Ell" 1/2" NPT female x male | $36.00 | $36.00 |
| | | | **ITEM TOTAL:** | **$203.00** |
| *0023A* | 1 ea | **DRAIN, LEVER / TWIST WASTE**<br>T&S Brass Model No. B-3952<br>Waste Valve, twist handle, 3-1/2" sink opening, 2" drain outlet (replaces B-3913, B-3917) | $68.00 | $68.00 |
| | | | **ITEM TOTAL:** | **$68.00** |
| *0024* | 1 lt | **S/S WALL MOUNTED SHELF (6)**<br>Custom Fab<br>Shall be custom fabricated per KEC plans, specification, general conditions, and approved shop drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $1,672.00 | $1,672.00 |
| | | | **ITEM TOTAL:** | **$1,672.00** |
| *0025* | 1 ea | **FOOD PROCESSOR, BENCHTOP / COUNTERTOP**<br>Robot Coupe Model No. R502 (3 PHASE)<br>Combination Food Processor, 5.5 liter stainless steel bowl with handle, continuous feed kit with kidney shaped & cylindrical shaped hoppers, includes: (1) "S" blade (27120), (1) 3mm grating disc (28058), (1) 3mm slicing disc (28064), two speeds, 850 & 1725 RPM, 208-240v/60/3-ph, 2.6/2.8 amps, 3 HP, NEMA L15-20P, cETLus, ETL- | $4,293.00 | $4,293.00 |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | | Sanitation | | |
| | | | **ITEM TOTAL:** | **$4,293.00** |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| *0026* | 1 ea | **MEAT SLICER** | $5,485.00 | $5,485.00 |



Berkel Model No. X13AE-PLUS
Premium Food Slicer, manual or automatic operation, 13" diameter stainless steel knife, 45° gravity feed, adjustable slice thickness up to 1-5/16", ergonomic controls and index knob location, removable sharpener, permanent knife ring guard, sealed pushbutton controls, anodized aluminum gauge plate and knife cover, one piece polymer base and product table (NSF approved) for reduced seams and easy cleaning, includes kickstand, product capacity up to 8½" round, 7½" square, or 10½" x 6¾" rectangular, includes no-volt release, 1/2 HP, 120v/60/1-ph, 8.0 amps, 6' power cord with NEMA 5-15P, cETLus, ETL-Sanitation (US/EXP configuration)

| | | | **ITEM TOTAL:** | **$5,485.00** |
|---|---|---|---|---|

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| *0027* | 2 ea | **INGREDIENT BIN** | $217.00 | $434.00 |



Cambro Model No. IBS20148
Ingredient Bin, mobile, 21 gallon capacity, molded polyethylene with sliding cover, S-hook on front (scoop NOT included), (4) 3" heavy duty casters (2 front swivel, 2 fixed), with bin securely attached to base plate, white with clear cover, NSF

| | | | **ITEM TOTAL:** | **$434.00** |
|---|---|---|---|---|

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| *0028* | 1 ea | **FAUCET, KETTLE / POT FILLER** | $457.00 | $457.00 |



T&S Brass Model No. B-0610
Pot & Kettle Filler Faucet, wall mount mixing faucet with 8" adjustable centers, quarter-turn Eterna cartridges with spring checks, lever handles with color coded indexes, 3/8" NPT atmospheric vacuum breaker (B-0968), 68" flexible stainless steel hose with heat-resistant gray handle & hold down ring, hook nozzle with self-closing valve, finger hook, polished chrome-plated brass faucet body, 1/2" NPT female inlets, CSA

| | 1 ea | B-0230-K Installation Kit , (2) 1/2" NPT nipples, lock nuts & washers, (2) short "Ell" 1/2" NPT female x male | $36.00 | $36.00 |
|---|---|---|---|---|

| | | | **ITEM TOTAL:** | **$493.00** |
|---|---|---|---|---|

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| *0029* | 1 ea | **PLANETARY MIXER** | $2,688.00 | $2,688.00 |

Globe Model No. SP20
Planetary Mixer, 20 qt., countertop model, 3-speed (fixed), #12 hub, includes: stainless steel removable bowl guard with built-in ingredient chute, 20 qt. stainless steel bowl, aluminum spiral dough hook, stainless steel whip & aluminum beater, safety interlocked bowl guard bowl lift, gear-driven transmission, front-mounted touchpad controls with 60-minute digital timer & last batch recall, non-slip rubber feet, cast iron body, 6 ft cord & plug, 1/2 HP, 115v/60/1-ph, 6.0 amps, NEMA 5-15P, NSF, cETLus

| | | | **ITEM TOTAL:** | **$2,688.00** |
|---|---|---|---|---|

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| *0029A* | 1 ea | **EQUIPMENT STAND, FOR MIXER / SLICER** | $869.00 | $869.00 |

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
|  | | Advance Tabco Model No. MX-SS-302<br>Equipment Stand, with utensil rack, 30"W x 24"D x 24"H, 14/304 stainless steel top, 18 gauge stainless steel adjustable undershelf & legs, adjustable stainless steel bullet feet, NSF | | |
| | 1 st | TA-25ES Casters, 5" diameter, set of 4 (2 with brakes) with stainless steel for 24" tall tables & mixer stands (capacity 200 lbs per caster) | $173.00 | $173.00 |
| | | **ITEM TOTAL:** | | **$1,042.00** |
| *0030* | 1 ea | **ICE CREAM DIPPING CABINET** | $3,170.00 | $3,170.00 |
|  | | Master-Bilt Products Model No. DC-4DSE<br>Ice Cream Dipping Cabinet, dip (5) 3 gallon, store (2) 3 gallon, cold-wall evaporator, stainless steel exterior cabinet, galvanized steel interior, stainless steel top with anti-condensate heater, flip lid, temperature range 10° to -10°F, 1/4 hp, 115v/60/1-ph, 5.7 amps, 9' cord, NEMA 5-15P, cULus, NSF, Made in USA | | |
| | 1 ea | 44-00471 Lids, double lid, for DC series | $252.00 | $252.00 |
| | 1 ea | A060-20400 Dipper Well, with installation kit, for all DD, DC and FLR series models | $279.00 | $279.00 |
| | 1 st | A039-11140 Casters, 2" dia. (set of 4) | $87.00 | $87.00 |
| | | **ITEM TOTAL:** | | **$3,788.00** |
| 0031 | 1 ea | **SPARE** | | |
| | | Spare No. Model No. SPARE | | |
| *0032* | 2 ea | **REFRIGERATOR/FREEZER RACK, ROLL-IN** | $884.00 | $1,768.00 |
| | | New Age Model No. 1335<br>Roll-In Refrigerator/Proofer Rack, universal, open frame design, 64"H, wide angle slides for (18) 18" x 26" pans, slides on approximately 3" centers, all welded aluminum construction, end loading, (4) 5" platform casters, (2) swivel, (2) swivel with brakes, NSF, Made in USA | | |
| | | **ITEM TOTAL:** | | **$1,768.00** |
| *0033* | 1 ea | **WALK-IN COOLER** | $19,950.00 | $19,950.00 |
| | | Duracold Refrigeration Manufacturing Company<br>Shall be custom fabricated per KEC plans, specification, general conditions, and approved shop drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | | |
| | 1 ea | Approx. Dims: 7'-6" x 16'-2" x 9'-6" 672 sq. ft | | |
| | 1 ea | Panel Construction: 4" polyurethane foam insulation packed to a 2.3-lb. density with a high-density urethane foam perimeter. Interior access cam locks to all wall, ceiling, and floor panels (when applicable). Interior and exterior joints sealed by NSF approved gaskets | | |
| | 1 ea | Panel Finishes: Interior ceiling: 26 Gauge Stucco embossed white galvanized. Interior wall: 26 Gauge Stucco embossed white galvanized. Exposed exterior: Stainless steel Unexposed interior: 26 Gauge Stucco embossed galvanized<br>Flooring: (Freezer only) Smooth aluminum with integral NSF interior cove | | |
| | 1 lt | Panel Accessories: (2) LED light fixtures - Matching vertical trim, cove base and closure panels - Interior ramp | | |

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| | 1 ea | Door Features: (2) 34" x 78" Stainless steel flush-fitting, self-closing door with replaceable magnetic gasket and adjustable dual wiper blades. 3- Hinges and locking handle and inside safety release. Hydraulic door closer, Pre wired interior and exterior 3-way light switch, and one thermometer per compartment. Heated door opening and heated pressure relief vent for freezer only | | |
| | 1 lt | Door Accessories: Aluminum tread kick plates interior and exterior - Vision panel<br>Stainless steel raised casing - Plastic vinyl strip curtain | | |
| | | **ITEM TOTAL:** | | **$19,950.00** |
| _0034_ | 1 ea | **EVAPORATOR COIL FOR COOLER** | | <Included> |
| | | Duracold Refrigeration Manufacturing Company<br>Included w/ item # 0035 | | |
| _0035_ | 1 ea | **REMOTE CONDENSING UNIT FOR WALK-IN COOLER** | $7,800.00 | $7,800.00 |
| | | Duracold Refrigeration Manufacturing Company<br>Shall be custom fabricated per KEC plans, specification, general conditions, and approved shop drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | | |
| | | **ITEM TOTAL:** | | **$7,800.00** |
| _0036_ | 1 lt | **STORAGE SHELVING** | | |
| | | Metro<br>Size & quantity per plan to include the following: | | |
| | 25 ea | 2142NK3 Super Erecta® Shelf, wire, 42"W x 21"D, plastic split sleeves are included in each carton, Metroseal 3™ epoxy-coated corrosion-resistant finish with Microban® antimicrobial protection, NSF | $50.00 | $1,250.00 |
| | 20 ea | 86PK3 Super Erecta® SiteSelect™ Post, 86-1/2"H, adjustable leveling bolt, posts are grooved at 1" increments & numbered at 2" increments, double grooved every 8", Metroseal 3 epoxy coated corrosion-resistant finish with Microban® antimicrobial protection | $17.00 | $340.00 |
| | | **ITEM TOTAL:** | | **$1,590.00** |
| _0037_ | 1 ea | **WALK-IN FREEZER** | | <Included> |
| | | Duracold Refrigeration Manufacturing Company<br>Included w/ item # 0033 | | |
| _0038_ | 1 ea | **EVAPORATOR COIL FOR FREEZER** | | <Included> |
| | | Duracold Refrigeration Manufacturing Company<br>Included w/ item # 0035 | | |
| _0039_ | 1 ea | **REMOTE CONDENSING UNIT FOR WALK-IN FREEZER** | | <Included> |
| | | Duracold Refrigeration Manufacturing Company<br>Included w/ item # 0035 | | |
| _0040_ | 1 lt | **STORAGE SHELVING** | | |
| | | Metro<br>Size & quantity per plan to include the following: | | |
| | 10 ea | 2148NK3 Super Erecta® Shelf, wire, 48"W x 21"D, plastic split sleeves are included in each carton, Metroseal 3™ epoxy-coated corrosion-resistant finish with Microban® antimicrobial protection, NSF | $50.00 | $500.00 |
| | 5 ea | 2136NK3 Super Erecta® Shelf, wire, 36"W x 21"D, plastic split sleeves are included in each carton, Metroseal 3™ epoxy-coated corrosion-resistant finish with Microban® antimicrobial protection, NSF | $42.00 | $210.00 |

05/17/2019

TriMark

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
| | 12 ea | 86PK3 Super Erecta® SiteSelect™ Post, 86-1/2"H, adjustable leveling bolt, posts are grooved at 1" increments & numbered at 2" increments, double grooved every 8", Metroseal 3 epoxy coated corrosion-resistant finish with Microban® antimicrobial protection | $17.00 | $204.00 |
| | | **ITEM TOTAL:** | | **$914.00** |
| 0041 | 1 ea | **SPARE** | | |
| | | Spare No. Model No. SPARE | | |
| 0042 | 1 ea | **SPARE** | | |
| | | Spare No. Model No. SPARE | | |
| _0043_ | 1 lt | **STORAGE SHELVING** | | |
| | | Metro | | |
| | | Size & quantity per plan to include the following: | | |
| | 5 ea | MQ2436G MetroMax Q™ Shelf, 36"W x 24"D, removable open grid polymer shelf mats on an epoxy coated steel frame with quick adjust corner releases, (4) wedge connectors, Microban® antimicrobial product protection, 800 lb. capacity per shelf, NSF | $70.00 | $350.00 |
| | 4 ea | MQ86PE MetroMax Q™ Post, 86-3/16"H, for stationary use, epoxy coated steel with built in Microban® antimicrobial product protection | $28.00 | $112.00 |
| | | **ITEM TOTAL:** | | **$462.00** |
| _0044_ | 1 ea | **3-COMPARTMENT SINK** | $3,179.00 | $3,179.00 |
| | | Custom Fab | | |
| | | Shall be custom fabricated per KEC plans, specification, general conditions, and approved shop drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | | |
| | | **ITEM TOTAL:** | | **$3,179.00** |
| _0045_ | 1 lt | **S/S WALL FLASHING** | $792.00 | $792.00 |
| | | Custom Fab | | |
| | | Shall be custom fabricated per KEC plans, specification, general conditions, and approved shop drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | | |
| | | **ITEM TOTAL:** | | **$792.00** |
| _0046_ | 1 lt | **S/S WALL MOUNTED SHELF (2)** | $392.00 | $392.00 |
| | | Custom Fab | | |
| | | Shall be custom fabricated per KEC plans, specification, general conditions, and approved shop drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | | |
| | | **ITEM TOTAL:** | | **$392.00** |
| _0047_ | 1 ea | **WALL / SPLASH MOUNT FAUCET** | $385.00 | $385.00 |
| | | T&S Brass Model No. B-0290 | | |
| | | Kettle & Pot Sink Mixing Faucet, wall mount, 8" adjustable centers, 12" Big-Flo swing nozzle with plain end outlet, 4-arm kitchen handles with color coded indexes, 00LL street elbows with 3/4" female NPT inlets, ADA Compliant | | |
| | 3 ea | B-3952 Waste Valve, twist handle, 3-1/2" sink opening, 2" drain outlet (replaces B-3913, B-3917) | $68.00 | $204.00 |
| | | **ITEM TOTAL:** | | **$589.00** |
| _0048_ | 1 ea | **PRE-RINSE FAUCET ASSEMBLY, WITH ADD ON FAUCET** | $491.00 | $491.00 |

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
| | | T&S Brass Model No. B-0133-ADF12-B EasyInstall Pre-Rinse Unit, with mixing faucet, includes 6" wall bracket, wall mount base, 8" centers, B-0044-H stainless steel flexible hose with polyurethane inner hose, overhead spring body & (B-0107) spray valve, 18" riser, add-on faucet with (062X) 12" swing nozzle, Eterna cartridges with spring checks, lever handles, 1/2" NPT female inlets, EPAct2005 compliant | | |
| | 1 ea | B-0230-K Installation Kit , (2) 1/2" NPT nipples, lock nuts & washers, (2) short "Ell" 1/2" NPT female x male | $36.00 | $36.00 |
| | | | **ITEM TOTAL:** | **$527.00** |
| _0049_ | 1 lt | **S/S WALL MOUNTED UTENSIL RACK** | $535.00 | $535.00 |
| | | Custom Fab Shall be custom fabricated per KEC plans, specification, general conditions, and approved shop drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | | |
| | | | **ITEM TOTAL:** | **$535.00** |
| 0050 | 1 ea | **SPARE** | | |
| | | Spare No. Model No. SPARE | | |
| 0051 | 1 ea | **SPARE** | | |
| | | Spare No. Model No. SPARE | | |
| _0052_ | 1 ea | **S/S CLEAN DISHTABLE** | $1,158.00 | $1,158.00 |
| | | Custom Fab Shall be custom fabricated per KEC plans, specification, general conditions, and approved shop drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | | |
| | | | **ITEM TOTAL:** | **$1,158.00** |
| _0053_ | 1 lt | **S/S WALL FLASHING** | $1,320.00 | $1,320.00 |
| | | Custom Fab Shall be custom fabricated per KEC plans, specification, general conditions, and approved shop drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | | |
| | | | **ITEM TOTAL:** | **$1,320.00** |
| 0054 | 1 ea | **DISHWASHER, DOOR TYPE** | | <NIC> |
| | | Owner Energy Mizer® Dishwasher, door type, 25-3/4" W, low temperature chemical sanitizing with priming switches, top mounted controls, auto "start/stop", straight-thru design, (40) racks/hour, delimer switch, Poly Pro™ scrap accumulator, stainless steel construction, includes (1) open & (1) peg rack, 1 HP wash pump, NSF, cULus | | |
| | 1 ea | CMA Dishmachines Machine: 115v/60/1-ph, 16.0 amps, standard | | <By Owner> |
| _0056_ | 1 ea | **SLANT RACK SHELF** | $294.00 | $294.00 |
| | | Custom Fab Shall be custom fabricated per KEC plans, specification, general conditions, and approved shop drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | | |
| | | | **ITEM TOTAL:** | **$294.00** |
| _0057_ | 1 ea | **PRE-RINSE FAUCET ASSEMBLY, WITH ADD ON FAUCET** | $491.00 | $491.00 |

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| | | T&S Brass Model No. B-0133-ADF12-B EasyInstall Pre-Rinse Unit, with mixing faucet, includes 6" wall bracket, wall mount base, 8" centers, B-0044-H stainless steel flexible hose with polyurethane inner hose, overhead spring body & (B-0107) spray valve, 18" riser, add-on faucet with (062X) 12" swing nozzle, Eterna cartridges with spring checks, lever handles, 1/2" NPT female inlets, EPAct2005 compliant | | |
| | 1 ea | B-0230-K Installation Kit , (2) 1/2" NPT nipples, lock nuts & washers, (2) short "Ell" 1/2" NPT female x male | $36.00 | $36.00 |
| | 1 ea | B-3952 Waste Valve, twist handle, 3-1/2" sink opening, 2" drain outlet (replaces B-3913, B-3917) | $68.00 | $68.00 |
| | | **ITEM TOTAL:** | | **$595.00** |
| *0058* | 1 ea | **SLANT RACK SHELF** | $294.00 | $294.00 |
| | | Custom Fab Shall be custom fabricated per KEC plans, specification, general conditions, and approved shop drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | | |
| | | **ITEM TOTAL:** | | **$294.00** |
| 0059 | 1 ea | **TRASH RECEPTACLE** | | <NIC> |
| | | Owner Furnished by Owner | | |
| *0060* | 1 ea | **CONDENSATE HOOD** | $1,219.00 | $1,219.00 |
| | | Captive-Aire Shall be custom fabricated per KEC plans, specification, general conditions, and approved shop drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | | |
| | | **ITEM TOTAL:** | | **$1,219.00** |
| *0060A* | 1 lt | **HOOD TRIM** | $690.00 | $690.00 |
| | | Custom Fab Shall be custom fabricated as per plans and elevations, specifications and approved drawing | | |
| | | **ITEM TOTAL:** | | **$690.00** |
| 0061 | 1 ea | **SPARE** | | |
| | | Spare No. Model No. SPARE | | |
| 0062 | 1 ea | **SPARE** | | |
| | | Spare No. Model No. SPARE | | |
| *0063* | 1 ea | **MICROWAVE OVEN** | $1,092.00 | $1,092.00 |
| | | Menumaster Model No. MFS12TS Menumaster® Commercial Microwave Oven, countertop, 1200 watts, 1.2 cu. ft. capacity, stackable, medium volume, (2) magnetrons, 4-stage cooking, (5) power levels, (100) memory settings, Braille touch pads, removable air filter, stainless steel interior/exterior with sealed-in ceramic shelf, side hinged door, removable air filter, 120v/60/1-ph, 1800 total watts, 15 amps, cord, NEMA 5-20P, ETL, cETLus | | |
| | | **ITEM TOTAL:** | | **$1,092.00** |
| 0064 | 1 ea | **SPARE** | | |
| | | Spare No. Model No. SPARE | | |

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| _0065_ | 1 ea | **PASS-THRU REFRIGERATOR** | $9,615.00 | $9,615.00 |
| | | True Manufacturing Co., Inc. Model No. STR1RPT-1G-1S-HC SPEC SERIES® Pass-thru Refrigerator, one-section, stainless steel front & sides, (1) glass door front, (1) stainless steel door rear, locks, cam-lift hinges, digital temperature control, stainless steel interior, (1) interior kit, LED interior lights, 5" castors, R290 Hydrocarbon refrigerant, 1/4 HP, 115v/60/1, 3.8 amps, NEMA 5-15P, MADE IN USA | | |
| | 1 ea | Thermometer side: Left door hinging | | |
| | 1 ea | Rear: Left door hinging | | |
| | 1 kt | Spec Kit #4 - (3) chrome shelves & shelf supports | | |
| | 1 st | 5" castors, set of 4, standard | | |
| | | **ITEM TOTAL:** | | **$9,615.00** |
| _0066_ | 1 ea | **MOBILE PLATE AND DISH DISPENSER** | $3,028.00 | $3,028.00 |
| | | Lakeside Manufacturing Model No. 6211 Dish Dispenser, heated, cabinet style, enclosed base, mobile, (2) self-leveling dish dispensing tubes, 10-1/4" to 11" diameter dish size, stainless steel construction, 4" Lake-Glide® swivel casters (2) with brakes, 6' coiled cord with NEMA 5-15P, NSF, UL, Made in USA | | |
| | 1 ea | 120v/60/1-ph, 900 watts, 7.5 amps, standard | | |
| | 2 ea | 09561 Dish Dispenser Tube Cover, 11" dia. x 4"H, stainless steel, for 6011, 6111, 6211, Made in USA | $106.00 | $212.00 |
| | | **ITEM TOTAL:** | | **$3,240.00** |
| _0067_ | 1 ea | **CHEF'S COUNTER W/SINK** | $13,104.00 | $13,104.00 |
| | | Custom Fab Shall be custom fabricated per KEC plans, specification, general conditions, and approved shop drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | | |
| | | **ITEM TOTAL:** | | **$13,104.00** |
| _0068_ | 1 ea | **S/S DOUBLE OVERSHELF** | | <Included> |
| | | Custom Fab Included in item #0067 | | |
| _0069_ | 1 ea | **SANDWICH / SALAD PREPARATION REFRIGERATOR** | $3,539.00 | $3,539.00 |
| | | True Manufacturing Co., Inc. Model No. TSSU-48-12-HC Sandwich/Salad Unit, (12) 1/6 size (4"D) poly pans, stainless steel insulated cover, 11-3/4"D cutting board, stainless steel top, front, sides, aluminum back, (2) full doors, (4) shelves, aluminum interior with stainless steel floor, 5" castors, R290 Hydrocarbon refrigerant, 1/3 HP, 115v/60/1, 5.8 amps, NEMA 5-15P, cULus, UL EPH Classified, CE, MADE IN USA | | |
| | 1 ea | Self-contained refrigeration standard | | |
| | 1 st | 5" Castors, standard | | |
| | | **ITEM TOTAL:** | | **$3,539.00** |
| _0070_ | 1 ea | **PANTRY FAUCET** | $168.00 | $168.00 |

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|



T&S Brass Model No. B-0201
Mixing Faucet, single hole, deck mount, 12" swing nozzle with stream regulator outlet, Eterna cartridges with lever handles with color coded indexes, 18" flexible stainless steel supply hoses with 1/2" NPSM male inlets, ADA Compliant

| | | | **ITEM TOTAL:** | **$168.00** |
|---|---|---|---|---|

| _0071_ | 1 ea | **HOT FOOD WELL UNIT, DROP-IN, ELECTRIC** | $2,543.00 | $2,543.00 |

Wells Model No. MOD-400TDM
Food Warmer, top-mount, built-in, electric, (4) 12" x 20" openings with manifold drains with one valve, wet/dry operation, thermostatic controls, stainless steel interior, insulated aluminum steel housing, cULus

| | 1 ea | 208/240v/60/1-ph or 3-ph, 1.24/1.65 kW per well, field wired (field convertible) | | |
| | 4 ea | 72" Wiring (thermostatically controlled warmers) per well | $82.00 | $328.00 |
| | | | **ITEM TOTAL:** | **$2,871.00** |

| _0072_ | 1 ea | **HEAT LAMP** | $557.00 | $557.00 |

Hatco Model No. GRAH-48D3
Glo-Ray® Infrared Foodwarmer, high wattage, tubular metal heater rod, double heater rod housing 3" spacing, aluminum construction, 2200 watts, NSF, cUL, UL

| | 1 ea | 208v/60/1-ph | | |
| | 1 ea | RMB-7G Remote Control Enclosure, (1) infinite switch, (1) indicator light (for 208 volt only) | $104.00 | $104.00 |
| | 1 ea | STANDARD Clear Anodized Aluminum (housing), standard (Available at time of purchase only) | | |
| | 1 ea | STANDARD Clear Anodized Aluminum, standard (Available at time of purchase only) | | |
| | 1 ea | ADJ ANGLE-D Adjustable angle bracket, (2) pair | $26.00 | $26.00 |
| | | | **ITEM TOTAL:** | **$687.00** |

| _0073_ | 1 ea | **DECK MOUNT FAUCET** | $123.00 | $123.00 |

T&S Brass Model No. B-1141
Faucet, gooseneck nozzle, deck mount

| | | | **ITEM TOTAL:** | **$123.00** |
|---|---|---|---|---|

| _0074_ | 1 ea | **S/S TRASH CHUTE W/WASTE RECEPTACLE** | | <Included> |

Custom Fab
Included in item #0067

| _0075_ | 1 ea | **CONVEYOR TOASTER** | $1,299.00 | $1,299.00 |

Hatco Model No. TQ-400H
Toast-Qwik® Conveyor Toaster, horizontal conveyor, countertop design, all bread types toaster, approximately 6 slice capacity/min, 3" opening height, electronic controls, ColorGuard sensing system, cULus, UL EPH Classified, ANSI/NSF 4, Made in USA

| | 1 ea | 208v/60/1-ph, 2.2kw, 10.7 amps, NEMA 6-15P | | |

TriMark                                                                    05/17/2019

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| | | | **ITEM TOTAL:** | **$1,299.00** |
| 0076 | 1 ea | **SPARE** | | |
| | | Spare No. Model No. SPARE | | |
| *0077* | 1 lt | **ELECTRICAL SYSTEM** | $3,203.00 | $3,203.00 |
| | | Captive-Aire | | |
| | | Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | | |
| | 1 lt | Included in item #0077 | | <Included> |
| | | | **ITEM TOTAL:** | **$3,203.00** |
| *0078* | 1 ea | **EXHAUST HOOD** | | |
| | | Captive-Aire | | |
| | | Shall be custom fabricated per KEC plans, specification, general conditions, and approved shop drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | | |
| | 1 ea | 5424ND-2-PSP-F - 8ft 8" Long Exhaust-Only Wall Canopy Hood with Front Perforated Supply Plenum with Built-in 3" Back Standoff | $3,088.00 | $3,088.00 |
| | 1 ea | 5424ND-2-PSP-F - 9ft 3" Long Exhaust-Only Wall Canopy Hood with Front Perforated Supply Plenum with Built-in 3" Back Standoff | $3,541.00 | $3,541.00 |
| | | | **ITEM TOTAL:** | **$6,629.00** |
| *0078A* | 1 lt | **HOOD TRIM** | $1,350.00 | $1,350.00 |
| | | Custom Fab | | |
| | | Shall be custom fabricated as per plans and elevations, specifications and approved drawing | | |
| | | | **ITEM TOTAL:** | **$1,350.00** |
| *0078B* | 1 ea | **FACTORY SERVICES** | $1,067.00 | $1,067.00 |
| | | Captive-Aire | | |
| | | Factory Services | | |
| | | | **ITEM TOTAL:** | **$1,067.00** |
| 0079 | 1 ea | **EXHAUST SYSTEM** | | <NIC> |
| | | General Contractor | | |
| | | Provided and Install by H.V.A.C | | |
| *0080* | 1 lt | **FIRE PROTECTION SYSTEM** | $3,284.00 | $3,284.00 |
| | | Captive-Aire | | |
| | | Shall be custom fabricated per KEC plans, specification, general conditions, and approved shop drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | | |
| | 1 lt | Included in item #0080 | | <Included> |
| | | | **ITEM TOTAL:** | **$3,284.00** |
| 0081 | 1 ea | **MAKE-UP AIR SYSTEM** | | <NIC> |
| | | General Contractor | | |
| | | Provided and Install by H.V.A.C | | |
| *0082* | 1 lt | **S/S WALL FLASHING** | $1,512.00 | $1,512.00 |
| | | Custom Fab | | |
| | | Shall be custom fabricated per KEC plans, specification, general conditions, and approved shop drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | | |

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
| | | **ITEM TOTAL:** | | **$1,512.00** |

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
| _0083_ | 1 ea | **CONVECTION OVEN, GAS** | $14,270.00 | $14,270.00 |



Vulcan Model No. SG44
Convection Oven, gas, double-deck, solid state controls, electronic spark ignition, gentle bake mode selector switch, 60 minute timer with audible alarm, 150° to 500°F temperature range, stacking kit, (5) oven racks per section, independently operated doors with windows, porcelain enamel interior, stainless steel doors, front, sides, top and 8" legs, (2) 1/2 HP, (2) 60,000 BTU, CSA, NSF, ENERGY STAR®

| | 1 ea | Natural gas (add -1 suffix) (specify elevation if over 2,000 ft.) | | |
| | 1 ea | (2)120v/60/1-ph, 7.7, 1/2 HP, 6' cord & plug standard | | |
| | 1 ea | Gas manifold piping included with stacking kit to provide single point gas connection | | |
| | 1 st | Casters, set of (4) (prices for double deck includes deduction for legs) | $73.00 | $73.00 |
| | | **ITEM TOTAL:** | | **$14,343.00** |

| _0083A_ | 1 ea | **SAFETY SYSTEM MOVEABLE GAS CONNECTOR** | $300.00 | $300.00 |
|------|-----|-------------|------|-----------|



Dormont Manufacturing Model No. 1675KIT2S48PS
Dormont Blue Hose™ Moveable Gas Connector Kit, 3/4" inside dia., 48" long, covered with stainless steel braid, coated with blue antimicrobial PVC, (1) SnapFast® QD, (2) Swivel MAX®, (1) full port valve, (1) Snap'N Go, (1) pair Safety Set® with hardware mounting options, limited lifetime warranty

| | | **ITEM TOTAL:** | | **$300.00** |

| _0084_ | 1 ea | **STEAMER, CONVECTION, GAS, COUNTERTOP, BOILERLESS GENERATOR** | $9,864.00 | $9,864.00 |
|------|-----|-------------|------|-----------|



Groen Model No. SSB-3G
SmartSteam™ Convection Steamer, gas, countertop, boilerless generator, (3) 12 x 20 x 2-1/2" pans capacity, stainless steel interior & exterior, 54,000 BTU, CSA Star, NSF, Made in USA

| | 1 ea | Natural gas | | |
| | 1 ea | 120v/60/1-ph, 15.0 amps (direct) | | |
| | 1 ea | ELEV0-2000 For elevation between 0 and 2000 (When order is placed, all equipment with elevation specified will be assigned a different Part# by the factory) | | |
| | 1 ea | Door hinged on left, std. | | |
| | 1 ea | 143670 Single Stand, with bullet feet, stainless steel, for (3 or 5) pan unit | $1,482.00 | $1,482.00 |
| | 1 ea | 145117 Pan Rack Kit, for single stand | $804.00 | $804.00 |
| | 1 st | Z098611 Casters, set of (4), (2) locking, with restraint | $336.00 | $336.00 |
| | | **ITEM TOTAL:** | | **$12,486.00** |

| _0084A_ | 1 ea | **SAFETY SYSTEM MOVEABLE GAS CONNECTOR** | $210.00 | $210.00 |
|------|-----|-------------|------|-----------|



Dormont Manufacturing Model No. 1650KIT2S48
Dormont Blue Hose™ Moveable Gas Connector Kit, 1/2" inside dia., 48" long, covered with stainless steel braid, coated with blue antimicrobial PVC, 1 SnapFast® QD, 2 Swivel MAX®, 1 full port valve, coiled restraining cable with hardware, 60,000 BTU/hr minimum flow capacity, limited lifetime warranty

| | | **ITEM TOTAL:** | | **$210.00** |

TriMark                                                                    *05/17/2019*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|

**0085**    1 ea    **GAS FLOOR FRYER**    $4,647.00    $4,647.00

Pitco Frialator Model No. SG14RS
Solstice™ Fryer, gas, floor model, full frypot, 40-50 lb. oil capacity,
millivolt control, stainless steel tank, front, door & sides, 122,000 BTU,
NSF, CE, CSA Flame, CSA Star, AuGA

1 ea    Natural gas

1 ea    Millivolt Controller, standard

1 ea    P6072145 Basket, (2) oblong/twin size, 13-1/2" x 6-1/2" x 5-1/2" deep,
long handle, regular mesh (shipped std (n/c) with models "T" SG14,
SG14R, SSH55, SE14, SE14X, SE14B, SG14T, 35+, 45+, fryer batteries
shipped with (1) per fryer

1 st    B3901504 Casters, 9" adjustable swivel (set of 4) non-lock rear & lock    $209.00    $209.00
front casters, solstice supreme, SG, SE, VF and flat bottom fryers, pasta
cookers, rethermalizers, BNB

**ITEM TOTAL:**    **$4,856.00**

**0085A**    1 ea    **SAFETY SYSTEM MOVEABLE GAS CONNECTOR**    $300.00    $300.00

Dormont Manufacturing Model No. 1675KIT2S48PS
Dormont Blue Hose™ Moveable Gas Connector Kit, 3/4" inside dia., 48"
long, covered with stainless steel braid, coated with blue
antimicrobial PVC, (1) SnapFast® QD, (2) Swivel MAX®, (1) full port
valve, (1) Snap'N Go, (1) pair Safety Set® with hardware mounting
options, limited lifetime warranty

**ITEM TOTAL:**    **$300.00**

**0086**    1 ea    **S/S WORKTABLE**    $463.00    $463.00

Custom Fab
Shall be custom fabricated per KEC plans, specification, general
conditions, and approved shop drawings. All equipment must have
NSF, UL, ETL, AGA labels as applicable.

**ITEM TOTAL:**    **$463.00**

**0087**    1 ea    **EQUIPMENT STAND, REFRIGERATED BASE**    $6,091.00    $6,091.00

True Manufacturing Co., Inc. Model No. TRCB-52-60
Refrigerated Chef Base, 51-7/8"L base, 60"L one-piece 300 series 18
gauge stainless steel top with V edge, stainless steel front/sides,
aluminum back, aluminum interior with stainless steel floor, (2)
drawers [accommodates (3) 12"x20"x4" pans, NOT included], 4"
castors, 1/3 HP, 115v/60/1, 8.1 amps, NEMA 5-15P, cULus, UL EPH
Classified, CE, MADE IN USA

1 ea    Self-contained refrigeration standard

1 ea    4" Castors, standard

**ITEM TOTAL:**    **$6,091.00**

**0088**    1 ea    **CHARBROILER, GAS, COUNTERTOP**    $3,617.00    $3,617.00

Vulcan Model No. VCCB25
Charbroiler, gas, countertop, 25-1/4", (4) 14,500 BTU cast iron burners,
infinite heat controls, reversible grates, stainless steel front, sides,
top trim, backsplash & grease trough, 4" adjustable legs, 58,000 BTU
CSA, NSF

1 ea    Natural gas (add -1 suffix) (specify elevation if over 2,000 ft.)

TriMark    *05/17/2019*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
| | | | **ITEM TOTAL:** | **$3,617.00** |
| *0088A* | 1 ea | **SAFETY SYSTEM MOVEABLE GAS CONNECTOR** | $300.00 | $300.00 |
| | | Dormont Manufacturing Model No. 1675KIT2S48PS | | |
| | | Dormont Blue Hose™ Moveable Gas Connector Kit, 3/4" inside dia., 48" long, covered with stainless steel braid, coated with blue antimicrobial PVC, (1) SnapFast® QD, (2) Swivel MAX®, (1) full port valve, (1) Snap'N Go, (1) pair Safety Set® with hardware mounting options, limited lifetime warranty | | |
| | | | **ITEM TOTAL:** | **$300.00** |
| *0089* | 1 ea | **GAS COUNTERTOP GRIDDLE** | $5,943.00 | $5,943.00 |
| | | Vulcan Model No. 936RX | | |
| | | Heavy Duty Griddle, countertop, gas, 36" W x 24" D cooking surface, 1" thick polished steel griddle plate, embedded mechanical snap action thermostat every 12", millivolt pilot safety, electric spark or manual ignition, front manifold gas shut-off valve, low profile, stainless steel front, sides, front grease trough, 4" back & tapered side splashes, 4" adjustable legs, 81,000 BTU, CSA, NSF | | |
| | 1 ea | Natural gas (add -1 suffix) (specify elevation if over 2,000 ft.) | | |
| | 1 ea | 120v/50/60/1-ph, 1.0 amp, NEMA 5-15P, standard | | |
| | | | **ITEM TOTAL:** | **$5,943.00** |
| *0089A* | 1 ea | **SAFETY SYSTEM MOVEABLE GAS CONNECTOR** | $247.00 | $247.00 |
| | | Dormont Manufacturing Model No. 1675KIT2S48 | | |
| | | Dormont Blue Hose™ Moveable Gas Connector Kit, 3/4" inside dia., 48" long, covered with stainless steel braid, coated with blue antimicrobial PVC, (1) SnapFast® QD, (2) Swivel MAX®, (1) full port valve, (1) Snap'N Go, coiled restraining cable with hardware, 160,000 BTU/hr minimum flow capacity, limited lifetime warranty | | |
| | | | **ITEM TOTAL:** | **$247.00** |
| *0090* | 1 ea | **HD RANGE, 36", 6 OPEN BURNERS** | $10,782.00 | $10,782.00 |
| | | Vulcan Model No. V6B36C | | |
| | | V Series Heavy Duty Range, gas, 36", (6) 35,000 BTU open burners, cast iron grates, convection oven, stainless steel front, front top ledge, sides, base, burner box & stub back, 6" adjustable legs, 242,000 BTU, CSA, NSF | | |
| | 1 ea | Natural gas (add -1 suffix) (specify elevation if over 2,000 ft.) | | |
| | 1 ea | PRREGN-001 1" NPT pressure regulator with reducer (Natural gas) | $238.00 | $238.00 |
| | 1 ea | 1-1/4" rear gas connection, standard | | |
| | 1 ea | Rear gas connection: cap and cover, both ends | | |
| | 1 ea | 120v/60/1-ph, 4.0 amp, motor voltage, 7' cord & plug, standard | | |
| | 1 st | CASTERS RR4 Casters, 5", Set of 4, 2 with Locks | $361.00 | $361.00 |
| | | | **ITEM TOTAL:** | **$11,381.00** |
| *0090A* | 1 ea | **SAFETY SYSTEM MOVEABLE GAS CONNECTOR** | $247.00 | $247.00 |
| | | Dormont Manufacturing Model No. 1675KIT2S48 | | |
| | | Dormont Blue Hose™ Moveable Gas Connector Kit, 3/4" inside dia., 48" long, covered with stainless steel braid, coated with blue antimicrobial PVC, (1) SnapFast® QD, (2) Swivel MAX®, (1) full port valve, (1) Snap'N Go, coiled restraining cable with hardware, 160,000 BTU/hr minimum flow capacity, limited lifetime warranty | | |





| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| | | | **ITEM TOTAL:** | **$247.00** |
| 0091 | 1 ea | **SPARE** | | |
| | | Spare No. Model No. SPARE | | |
| 0092 | 1 ea | **SPARE** | | |
| | | Spare No. Model No. SPARE | | |
| *0093* | 1 ea | **REACH-IN REFRIGERATOR** | $5,512.00 | $5,512.00 |
| | | True Manufacturing Co., Inc. Model No. STA1R-1S-HC SPEC SERIES® Refrigerator, Reach-in, one-section, stainless steel front & sides, (1) stainless steel door with lock, cam-lift hinges, digital temperature control, aluminum interior sides & walls, stainless floor & ceiling, (3) chrome shelves, LED interior lights, 5" castors, R290 Hydrocarbon refrigerant, 1/4 HP, 115v/60/1, 3.8 amps, NEMA 5-15P, cULus, UL EPH Classified, MADE IN USA, ENERGY STAR® | | |
| | 1 ea | Left door hinging | | |
| | 1 ea | (3) chrome shelves and shelf supports standard per section | | |
| | 1 st | 5" castors, set of 4, standard | | |
| | | | **ITEM TOTAL:** | **$5,512.00** |
| 0094 | 1 ea | **BEVERAGE STATION** | | <NIC> |
| | | General Contractor Furnished and installed by Millwork Contractor | | |
| *0095* | 1 ea | **DROP-IN SINK** | $675.00 | $675.00 |
| | | Advance Tabco Model No. DI-1-5SP Drop-In Sink, 1-compartment, 12"W x 18-1/2"D O.A., 10"W x 14"D front-to-back x 5" deep bowl, 6" backsplash, 6" tapered side splash, includes: gooseneck deck mounted faucet 4" O.C. & 3-1/2" stainless steel drain with basket,16/304 stainless steel, NSF (mounting brackets & nuts included) | | |
| | 1 ea | K-52OMIT To Delete Faucet | $-11.00 | $-11.00 |
| | | | **ITEM TOTAL:** | **$664.00** |
| *0096* | 1 ea | **DECK MOUNT FAUCET** | $123.00 | $123.00 |
| | | T&S Brass Model No. B-1141 Faucet, gooseneck nozzle, deck mount | | |
| | | | **ITEM TOTAL:** | **$123.00** |
| 0097 | 1 ea | **WALL MOUNTED UPPER CABINET** | | <NIC> |
| | | General Contractor Furnished and installed by Millwork Contractor | | |
| *0098* | 1 ea | **DROP-IN SINK** | $293.00 | $293.00 |
| | | Advance Tabco Model No. DI-1-10 Drop-In Sink, 1-compartment, 10" wide x 14" front-to-back x 10" deep bowl, 20 gauge 304 stainless steel, with deck mounted gooseneck faucet, basket drain, NSF | | |
| | 1 ea | K-52OMIT To Delete Faucet | $-11.00 | $-11.00 |

*TriMark*    *05/17/2019*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| | | | **ITEM TOTAL:** | **$282.00** |
| *0099* | 1 ea | **DECK MOUNT FAUCET** | $151.00 | $151.00 |
| | | T&S Brass Model No. B-1140 | | |
| | | Faucet, gooseneck nozzle, deck mount | | |
| | | | **ITEM TOTAL:** | **$151.00** |
| *0100* | 1 ea | **S/S TRASH CHUTE W/WASTE RECEPTACLE** | $420.00 | $420.00 |
| | | Custom Fab | | |
| | | Shall be custom fabricated per KEC plans, specification, general conditions, and approved shop drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | | |
| | | | **ITEM TOTAL:** | **$420.00** |
| 0101 | 1 ea | **SOAP & TOWEL DISPENSER** | | <NIC> |
| | | Owner | | |
| | | Furnished by Owner | | |
| 0102 | 1 ea | **SPARE** | | |
| | | Spare No. Model No. SPARE | | |
| *0103* | 1 ea | **WATER FILTRATION SYSTEM, CARTRIDGE** | $170.00 | $170.00 |
| | | BUNN Model No. 39000.0007 | | |
| | | 39000.0007 EQHP-TEA Easy Clear® Water Softening Filter, high performance, 4,350 grains of hardness reduction, reduced scale forming minerals, 1 gpm flow rate, 5 micron, integrated carbon block, quick connect, includes: head assembly, integral mounting bracket & single cartridge filter | | |
| | | | **ITEM TOTAL:** | **$170.00** |
| 0104 | 1 ea | **COFFEE BREWER** | | <NIC> |
| | | Owner's Vendor | | |
| | | Provided and installed by vendor | | |
| 0105 | 1 ea | **JUICE DISPENSER, ELECTRIC** | | <NIC> |
| | | Owner's Vendor | | |
| | | Provided and installed by vendor | | |
| 0106 | 1 ea | **COFFEE TEA BREWER** | | <NIC> |
| | | Owner's Vendor | | |
| | | Provided and installed by vendor | | |
| *0107* | 1 ea | **ICE DISPENSER** | $2,782.00 | $2,782.00 |
| | | Follett LLC Model No. 110CM-NI-L | | |
| | | Symphony Plus™ Ice & Water Dispenser, countertop, lever dispense manual load, 110 lb. storage capacity, Agion® silver-based antimicrobial protection, stainless steel cabinet with accent trim, 115v/60/1-ph, NSF, cETLus | | |
| | 1 ea | 115v/60/1-ph, 4.0 amps, 7' cord, NEMA 5-15P, standard | | |
| | | | **ITEM TOTAL:** | **$2,782.00** |
| *0108* | 1 ea | **REACH-IN REFRIGERATOR** | $5,709.00 | $5,709.00 |

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
|  | | True Manufacturing Co., Inc. Model No. STA1R-2HS-HC SPEC SERIES® Refrigerator, Reach-in, one-section, stainless steel front & sides, (2) stainless steel half doors with locks, cam-lift hinges, digital temperature control, aluminum interior sides & walls, stainless floor & ceiling, (3) chrome shelves, LED interior lights, 5" castors, R290 Hydrocarbon refrigerant, 1/4 HP, 115v/60/1, 3.8 amps, NEMA 5-15P, cULus, UL EPH Classified, MADE IN USA | | |
| | 1 ea | Door hinged right standard | | |
| | 1 ea | (3) chrome shelves and shelf supports standard per section | | |
| | 1 st | 5" castors, set of 4, standard | | |
| | | | **ITEM TOTAL:** | **$5,709.00** |
| 0109 | 1 ea | **SPARE** | | |
| | | Spare No. Model No. SPARE | | |
| 0110 | 1 ea | **SPARE** | | |
| | | Spare No. Model No. SPARE | | |
| 0111 | 1 ea | **SPARE** | | |
| | | Spare No. Model No. SPARE | | |
| 0112 | 1 ea | **SPARE** | | |
| | | Spare No. Model No. SPARE | | |
| 0113 | 1 ea | **SPARE** | | |
| | | Spare No. Model No. SPARE | | |
| 0114 | 1 ea | **SPARE** | | |
| | | Spare No. Model No. SPARE | | |
| 0115 | 1 ea | **SPARE** | | |
| | | Spare No. Model No. SPARE | | |
| 0116 | 1 ea | **SPARE** | | |
| | | Spare No. Model No. SPARE | | |
| 0117 | 1 ea | **SPARE** | | |
| | | Spare No. Model No. SPARE | | |
| 0118 | 1 ea | **SPARE** | | |
| | | Spare No. Model No. SPARE | | |
| 0119 | 1 ea | **SPARE** | | |
| | | Spare No. Model No. SPARE | | |
| 0120 | 1 ea | **WORK COUNTER** | | <NIC> |
| | | Millwork Contractor Furnished and installed by Millwork Contractor | | |
| _0121_ | 4 ea | **CABINET, ENCLOSED, BUN / FOOD PAN** Cambro Model No. UPC400110 Camcarrier® Ultra Pan Carrier®, front loading, one-piece poly shell, foam insulation, holds 1/2, 1/3 & full size pans 2-1/2" to 8" deep, approximate capacity 60 qt., molded-in handles, nylon latch, air-tight gasket, vent cap, stackable, dishwasher safe, black, NSF | $341.00 | $1,364.00 |
| | 4 ea | CD400110 Camdolly®, 28-1/8"L x 21-1/16"W x 9"H (exterior dimensions), load capacity 300 lbs., 5" casters (2 fixed, 2 swivel, 1 with brake), black, NSF | $209.00 | $836.00 |

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| | | | **ITEM TOTAL:** | **$2,200.00** |
| _0122_ | 1 ea | **S/S TRASH CHUTE W/WASTE RECEPTACLE** | $420.00 | $420.00 |
| | | Custom Fab | | |
| | | Shall be custom fabricated per KEC plans, specification, general conditions, and approved shop drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | | |
| | | | **ITEM TOTAL:** | **$420.00** |
| _0123_ | 3 ea | **INDUCTION FOOD WELL** | $1,100.00 | $3,300.00 |
| | | CookTek Model No. 635601 | | |
| | | (IHW062-24) SinAqua™ Induction Hot Food Well, drop-in, rectangular, 4" deep, accommodates gastronorm or standard hotel pans (any standard magnetic pan), half pans: (1) 1/1 or (2) 1/2, (2) separate control panels per unit, (4) standard temperature settings, automatic timer, spring loaded sealed temperature sensor, microprocessor, automatic pan detection, red LED display, lock feature, polycarbonate/stainless steel construction, 650 watts, 200-240v/50/60Hz/1-ph, 5.0 amps, cord, NEMA 6-20P, cETLus, NSF, CE, Made in USA | | |
| | | | **ITEM TOTAL:** | **$3,300.00** |
| 0124 | 1 ea | **DROP-IN SINK** | | <NIC> |
| | | General Contractor | | |
| | | Provided and installed by General Contractor | | |
| 0125 | 1 ea | **DECK MOUNT FAUCET** | | <NIC> |
| | | General Contractor | | |
| | | Provided and installed by General Contractor | | |
| 0126 | 1 ea | **SOAP & TOWEL DISPENSER** | | <NIC> |
| | | Owner | | |
| | | Furnished by Owner | | |
| 0127 | 1 ea | **UPPER CABINET** | | <NIC> |
| | | Millwork Contractor | | |
| | | Furnished and installed by Millwork Contractor | | |
| _0134_ | 1 ea | **DROP-IN SINK** | $461.00 | $461.00 |
| | | Advance Tabco Model No. DI-1-2012 | | |
| | | Drop-In Sink, 1-compartment, 20"W x 16"D front-to-back x 12" deep bowl, Deep Drawn™ sink bowl, includes: deck mounted 8" swing spout faucet (K-50) & basket drain, 18 gauge 304 stainless steel, NSF | | |
| | 1 ea | K-76 Paint-on sound deadening under top (each) | $245.00 | $245.00 |
| | 1 ea | K-50OMIT To Delete Faucet | $-11.00 | $-11.00 |
| | | | **ITEM TOTAL:** | **$695.00** |
| _0135_ | 1 ea | **DECK MOUNT FAUCET** | $123.00 | $123.00 |
| | | T&S Brass Model No. B-1141 | | |
| | | Faucet, gooseneck nozzle, deck mount | | |
| | | | **ITEM TOTAL:** | **$123.00** |

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| 0136 | 1 ea | **DISHWASHER, UNDERCOUNTER** | | <NIC> |
| | | Owner | | |
| | | Dishwasher, undercounter, 24"W x 23-1/2"D x 31"H, low temperature chemical sanitizing, (30) racks/hour, 12-1/8"H dish clearance, built-in chemical pumps & deliming system, built-in primer switches & instant start, upper & lower stainless steel wash arms with reinforced end caps, pumped drain, pump purging system, built-in strainer for water inlet, door safety switch, electrical components housed in stainless steel drawer, stainless steel construction, 4" adjustable legs, includes (1) open & (1) peg rack, 1 HP wash pump, NSF, UL, cUL | | |
| | 1 ea | CMA Dishmachines Machine: 115v/60/1-ph, 16.0 amps, standard | | <By Owner> |
| 0137 | 1 ea | **REACH-IN REFRIGERATOR** | | <NIC> |
| | | Owner | | |
| | | Reach-in refrigerator - By Owner | | |
| 0138-0176 | 1 ea | **SPARE** | | |
| | | Spare No. Model No. SPARE | | |
| _**77701**_ | 1 lt | **MISC HARDWARE** | $1,875.00 | $1,875.00 |
| | | TRIMARK-RAYGAL | | |
| | | MISC HARDWARE | | |
| | | | **ITEM TOTAL:** | **$1,875.00** |
| 88801 | 1 ea | **EQUIPMENT INSTALLATION** | $27,457.00 | $27,457.00 |
| | | TRIMARK-RAYGAL Model No. EQUIPMENT INSTALLATION | | |
| | | Installation of buy-out, custom fabricated equipment per plan & specifications. | | |
| | | Installation based on Non-Seismic, Non-Union and Non-Prevailing Wage Labor, during Normal Working Hours w/ Reasonable Access | | |
| | | EXCLUDES: | | |
| | | ALL ELECTRICAL, PLUMBING & FINAL CONNECTIONS | | |
| | 1 ea | EXCLUSION: FORK LIFT, CRANES, PLUMBING, ELECTRICAL SYSTEMS, REMOVAL OF TRASH FROM JOB SITE AND OVERTIME. | | |
| | | | **ITEM TOTAL:** | **$27,457.00** |
| 88805 | 1 ea | **FIRE SYSTEM HOOK-UP** | $5,625.00 | $5,625.00 |
| | | TRIMARK-RAYGAL Model No. FIRE SYSTEM INSTALLATION | | |
| | | Complete field installation and test during normal working hours by certified factory installers. Installation based on Non-Seismic, Non-Union Labor. Non-Prevailing Wage Labor. | | |
| | | | **ITEM TOTAL:** | **$5,625.00** |
| 88806 | 1 ea | **INSTALLATION OF WALK IN** | $2,719.00 | $2,719.00 |
| | | TRIMARK-RAYGAL Model No. INSTALLATION | | |
| | | Installation of Walk in Equipment per Plan & Specification Installation based on Non-Seismic, Non-Union, Non-Prevailing Wage Labor, during Normal Working Hours w/ Reasonable Access | | |
| | | INCLUDES CRANE EXCLUDES: | | |
| | | ALL ELECTRICAL, PLUMBING & FINAL CONNECTIONS. ANY ENGINEERING FOR PERMIT OR SEISMIC CALCULATION OR DRAWINGS | | |
| | | | **ITEM TOTAL:** | **$2,719.00** |

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| 88807 | 1 ea | **INSTALLATION OF REFRIGERATION** | $7,500.00 | $7,500.00 |
| | | TRIMARK-RAYGAL Model No. INSTALLATION | | |
| | | Installation of Refrigeration Equipment per Plan & Specification | | |
| | | Installation based on Non-Seismic, Non-Union, Non-Prevailing Wage | | |
| | | Labor, during Normal Working Hours w/ Reasonable Access | | |
| | | INCLUDES CRANE EXCLUDES: | | |
| | | ALL ELECTRICAL, PLUMBING & FINAL CONNECTIONS. ANY ENGINEERING | | |
| | | FOR PERMIT OR SEISMIC CALCULATION OR DRAWINGS | | |
| | | **ITEM TOTAL:** | | **$7,500.00** |
| 88808 | 1 ea | **INSTALLATION OF HOOD** | $5,583.00 | $5,583.00 |
| | | TRIMARK-RAYGAL Model No. INSTALLATION | | |
| | | Installation of Hood Equipment per Plan & Specification Installation | | |
| | | based on Non-Seismic, Non-Union, Non-Prevailing Wage Labor, during | | |
| | | Normal Working Hours w/ Reasonable Access | | |
| | | INCLUDES CRANE EXCLUDES: | | |
| | | ALL ELECTRICAL, PLUMBING & FINAL CONNECTIONS. ANY ENGINEERING | | |
| | | FOR PERMIT OR SEISMIC CALCULATION OR DRAWINGS | | |
| | | **ITEM TOTAL:** | | **$5,583.00** |
| 88809 | 1 ea | **INSTALLATION MANAGEMENT/COORDINATION** | $6,250.00 | $6,250.00 |
| | | TRIMARK-RAYGAL Model No. INSTALLATION/COORDINATION | | |
| | | Installation Management/Coordination | | |
| | | **ITEM TOTAL:** | | **$6,250.00** |
| _88810_ | 1 ea | **SHOP DRAWING** | | \<Included\> |
| | | TRIMARK-RAYGAL | | |
| | | Shop Drawing | | |
| _88813_ | 1 ea | **REFRIGERATION WARRANTY** | | \<Included\> |
| | | TRIMARK-RAYGAL | | |
| | | (1) year labor service warranty for glycol and refrigeration system | | |
| _99902_ | 1 ea | **INBOUND FREIGHT** | $8,594.00 | $8,594.00 |
| | | TRIMARK-RAYGAL Model No. FREIGHT | | |
| | | Inbound Freight from Manufacturer to Staging Warehouse | | |
| | | **ITEM TOTAL:** | | **$8,594.00** |
| _99903_ | 1 ea | **STAGING & DELIVERY OF EQUIPMENT (TAXABLE)** | $4,250.00 | $4,250.00 |
| | | TRIMARK-RAYGAL Model No. STAGING | | |
| | | Receiving, Staging & Delivery of all Buyout Equipment to Jobsite | | |
| | | Includes receiving at bonded/insured warehouse, and delivered to | | |
| | | jobsite at time of installation | | |
| | | **ITEM TOTAL:** | | **$4,250.00** |

| | | |
|---|---|---|
| Merchandise | $284,819.00 |
| Tax 7.75% | $17,800.59 |
| Total | $302,619.59 |

Acceptance: _____   Date: _____

Printed Name: _____



advanced exercise

**Fitness Solutions**

*Prepared For*
**Regency Palms - Oxnard**

*By*
**Eric Jenican**
June 17, 2019

## EQUIPMENT LEGEND

1. Chest Press
2. Seated Row
3. Triceps Press
4. Recumbent Bike
5. Recumbent Stepper
6. Dumbbell Rack
7. Med Ball Rack
8. Wall-Mounted Band Rack
9. Wall-Mounted Anchors for Resistance Bands
10. Large-Screen TV

## ELECTRICAL REQUIREMENTS

#2 Recumbent Stepper requires Standard 120V/15 amp with NEMA 5-15R Electrical Outlets. All other equipment does not require electrical power.



**Fitness Center Layout Designed for:** Regency Palms Oxnard

**Fitness Design Consultant:** Eric Jenican
**p:** 949.637.5017
**E:** ejenican@advancedexercise.com
**Scale:** 3/16" = 1'   **Date:** 6.17.19   **Version:** V1.07



✆ Standard 120V/15 amp with NEMA 5-15R
✆ Dedicated 120V/20 amp with NEMA 5-20R
▷ Ethernet RJ-45 Jack (Shielded CAT 6 recommended)
▣ 75 Ohm Coax Cable (RG 6, F Connector)



# advanced exercise

advancedexercise.com | 861 SouthPark Drive #100, Littleton, CO 80120 | 800.520.1112

**CONSULTANT**

Eric Jenican
ejenican@advancedexercise.com
Phone: 949.637.5017
Fax: 303.996.0063

Date: June 17, 2019
Quote Expires: 45 day(s)

## Proposal # 031403-R5

**BILL TO**
**Regency Palms - Oxnard**

Oxnard, CA

**SHIP TO**
**Regency Palms - Oxnard**

## CARDIO EQUIPMENT

| Model | Brand | Description | Specifications | Unit Price | Qty | Total Ext |
|---|---|---|---|---|---|---|
| CRS800S | Spirit | **CRS800S Recumbent Stepper** | • Self Adjusting Linear Step Range from 1-12.5 inches<br>• Seat Reclines, Rotates 360 Degress and Adjusts Fore and Aft<br>• 7.5 Inch Backlit LED Console<br>• 20 Resistance Levels from 5-750 Watts<br>• Contact and Telemetry Heart Rate<br>• Oversized Cushioned Pedals<br>• Cooling Fans<br>• 120V 15 AMP Power Required<br>• 73 in L X 23 in. W X 34 in. H<br>• User Weight 450lbs.<br>• Machine Weight 247lbs. | 2,490.00 | 1 | $2,490.00 |
| CR800 | Spirit | **CR800 Recumbent Bike** | • Step-Thru design<br>• Self-Generating<br>• 4 window LED readout with 20 character message center and cooling fans<br>• Heart Rate Monitoring: contact and telemetry<br>• CSAFE port for attachable entertainment<br>• 57" L x 30" W x 51" H | 1,255.00 | 1 | $1,255.00 |





Proposal # 031403-R5

# advanced exercise

| STRENGTH EQUIPMENT | | | | | | |
|---|---|---|---|---|---|---|
| **Model** | **Brand** | **Description** | **Specifications** | **Unit Price** | **Qty** | **Total Ext** |
| TCRW-LF | Life Fitness | **Circuit Series SC Seated Row** | • 11 gauge steel frame with powder coat finish<br>• Contoured cushions with molded foam (do not use on TCSL, TCWHL, TCPST or TCPLRD)<br>• Lifeband Resistance™ System<br>• Full front and back shrouds<br>• Instructional placards on each machine<br>• Consistent resistance levels across machines<br>• Push-button controls<br>• No set-up adjustments or seat adjustments<br>• Machine Weight: 282lb.<br>• Dimensions: 48"L x 36"W x 45"H | 2,470.00 | 1 | $2,470.00 |
| TCTP-LC | Life Fitness | **Circuit Series SC Triceps Press** | • 11 gauge steel frame with powder coat finish<br>• Contoured cushions with molded foam (do not use on TCSL, TCWHL, TCPST or TCPLRD)<br>• Lifeband Resistance™ System<br>• Full front and back shrouds<br>• Instructional placards on each machine<br>• Consistent resistance levels across machines<br>• Push-button controls<br>• No set-up adjustments or seat adjustments<br>• Machine Weight: 328lb.<br>• Dimensions: 62"L x 37"W x 45"H | 2,470.00 | 1 | $2,470.00 |
| TCCP-LF | Life Fitness | **Circuit Series SC Chest Press** | • 11 gauge steel frame with powder coat finish<br>• Contoured cushions with molded foam (do not use on TCSL, TCWHL, TCPST or TCPLRD)<br>• Lifeband Resistance™ System<br>• Full front and back shrouds<br>• Instructional placards on each machine<br>• Consistent resistance levels across machines<br>• Push-button controls<br>• No set-up adjustments or seat adjustments<br>• Neutral Wrist Position<br>• Machine Weight: 260lb.<br>• Dimensions: 47"L x 39"W x 45"H | 2,470.00 | 1 | $2,470.00 |





Proposal # 031403-R5

## advanced exercise

### FREE WEIGHTS

| Model | Brand | Description | Specifications | Unit Price | Qty | Total Ext |
|-------|-------|-------------|----------------|------------|-----|-----------|
| THD-VPAC | Troy Barbell | **Color Aerobic Dumbells 1-10lb. Set** | • Includes 10 pairs Color Aerobic Dumbells<br>• Sizes: 1,2,3,4,5,6,7,8,9,10lbs.<br>• Includes one T-HDR Compact Floor Rack | 245.00 | 1 | $245.00 |
| VD-001 | Troy Barbell | **Vinyl Hex Contoured Dumbbell 1lb. (each)**  | • Vinyl Covered<br>• Hex head prevents rolling & stackable<br>• Sold Individually | 1.90 | 20 | $38.00 |
| VD-002 | Troy Barbell | **Vinyl Hex Contoured Dumbbell 2lb. (each)** | • Vinyl Covered<br>• Hex head prevents rolling & stackable<br>• Sold Individually | 3.60 | 20 | $72.00 |

### TRAINING TOOLS

| Model | Brand | Description | Specifications | Unit Price | Qty | Total Ext |
|-------|-------|-------------|----------------|------------|-----|-----------|
| ST48VL-0 | Stroops | **Slastix Toner Very Light Resistance Band (Orange)**  | • 4 ft. sleeved elastic resistance band with handles | 14.95 | 10 | $149.50 |
| ST48L-0 | Stroops | **Slastix Toner Light Resistance Band (Yellow)** | • 4 ft. sleeved elastic resistance band with handles | 15.95 | 5 | $79.75 |





**advanced exercise**

Proposal # 031403-R5

| Model | Brand | Description | Specifications | Unit Price | Qty | Total Ext |
|-------|-------|-------------|----------------|-----------|-----|-----------|
| ST48M-0 | Stroops | Slastix Toner Medium Resistance Band (Red) | • 4 ft. sleeved elastic resistance band with handles | 16.95 | 5 | $84.75 |
| 27150 | Power Systems | Med Ball Tree - Black | | 101.99 | 1 | $101.99 |
| 25202 | Power Systems | Elite Power Med-Ball 2 lb. | | 26.39 | 2 | $52.78 |
| 25204 | Power Systems | Elite Power Med-Ball 4 lb. | | 31.69 | 2 | $63.38 |
| 25206 | Power Systems | Elite Power Med-Ball 6 lb. | | 42.99 | 1 | $42.99 |
| AG-CORE | Core Energy | Hammer Head Anchor Gym - CORE | • Includes (3) H2 Anchor Units<br>• For use with tubing, bands and suspension straps<br>• Wall Mounted Exercise Poster<br>• Hardware for wood stud mounting | 149.85 | 1 | $149.85 |
| AGSR | Core Energy | Anchor Gym Storage Rack | | 29.95 | 1 | $29.95 |

Subtotal: **$12,264.94**

Freight, Delivery and Install: **3,499.01**
**Taxes As Applicable**
Total: **$15,763.95**





Proposal # 031403-R5

## advanced exercise

### Terms & Conditions

**Terms:** 50% deposit required prior to ordering, balance due on delivery. All other terms and credit lines are subject to credit approval. Invoice will be due and payable, based on the original requested installation date, unless notified in writing 60 days prior of the requested installation date. We accept cash, checks, money orders, and wire transfers of funds. A late payment fee will be assessed at a rate of 1.5% (18% annual) per month on any unpaid balance remaining 30 days after the due date. Special Orders: A 100% prepayment is required for all customized products including but not limited to custom colors, sports flooring and products with logos such as plates, dumbbells and platforms.

**Return Policy:** Any returns require approval in writing by Advanced Exercise Project Management. A minimum 25% restocking fee, plus freight, will be incurred for all non-custom products returned. Customized products are nonreturnable. All products with color choices are defined as custom products.

**Bolt Down Requirements:** Life Fitness recommends that all strength training equipment be secured to the floor in order to prevent tipping, rocking or displacement which might occur in the event of unanticipated use of the equipment. Life Fitness requires that certain strength training equipment (specifically the Synrgy 360 90, T, XS, XM, HD Elite Half Rack/Short Base, Athletic Series Rigs, Athletic Series Racks with Wing option, Cybex PWR Play, Synrgy Outdoor BlueSky and other products to be used for body weight strap training) be secured to the floor. In the case of Synrgy 360S, T, XS, XM and the Elite HD Half Rack Short Base, the customer acknowledges:

- Customer has determined the proper placement of the equipment to be secured. **Customer Initial** _CH_
- Customer has identified and informed Advanced Exercise of the location of any utility, service lines, including but not limited to post tension cables. It is the customer's responsibility to identify the locations of any cables or lines prior to installation. **Customer Initial** _CH_
- Customer has confirmed that the subfloor consists of no less than 4.75 inches of concrete. (Synrgy Outdoor BlueSky requires a minimum 4.5 inches of concrete **Customer Initial** _CH_
- Customer has obtained any and all consents to the drilling of holes in the flooring and subflooring. **Customer Initial** _CH_

If your order includes any of the equipment requiring bolting to the floor, initials are required above and an additional signed waiver will be required to place the order. Additional products may require bolting to the floor, wall or ceiling. Bolting is not included on these products unless otherwise noted on the quotation. Customer is responsible for bolting these products to meet the manufacturer's requirements. This includes TRX, Core Energy, Boxing mounts and other products that require bolting to the facility structure.

**Wall & Ceiling Attached Items:** The installation of any items such as TRX Multi Mounts., X Mounts, Wall Mat Racks, etc. that require bolting to walls or ceilings are not included in the proposal unless otherwise noted.

**Flooring Installation:** Refer to the product specifications to ensure that the sub floor meets the material installation requirements. Freight offloading, inside delivery, adhesive, moisture tests, moisture reducers, base boards, sub floor prep, sub floor cleaning, transition strips and existing floor removal and disposal are not included unless otherwise noted on the quotation.

**Storage:** We reserve the right to assess storage fees not to exceed 1.5% per month, or fraction thereof and request payment in full on the related customer's invoice, when a customer's original requested delivery date is delayed by circumstances beyond our control.

**Taxes:** We collect sales or use taxes only in jurisdictions where we are licensed to do so. Customer agrees to accept sole liability and responsibility to pay for any and all uncollected sales or use tax liabilities, related penalties and interest that arise as a result of the purchase of products and/or services from our company.

**Security:** Until all products are paid in full, customer hereby grants to, and Advanced Exercise shall retain, a security interest in and lien on all products sold to the customer.

I accept the terms and conditions of this quote.

Signature: _Channa_
Name: _CHRISTINE HANNA_
Date: _6-21-19_
Customer Requested Install Date: _August 28th, 2019_

